UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL #449 RETIREMENT SECURITY FUND, WEST PALM BEACH POLICE PENSION FUND, and THE POLICE RETIREMENT SYSTEM OF ST. LOUIS, derivatively on behalf of Nominal Defendant Walgreen Co.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. SKINNER, GREG D. WASSON, JANICE M. BABIAK, DAVID J. BRAILER, STEVEN A. DAVIS, WILLIAM C. FOOTE, MARK P. FRISSORA, GINGER L. GRAHAM, ALAN G. McNALLY, DOMINIC MURPHY, STEFANO PESSINA, NANCY M. SCHLICHTING, and ALEJANDRO SILVA,<br><br>Defendants,<br><br>and<br><br>WALGREEN CO.,<br><br>Nominal Defendant | C.A. No. 1:13-cv-05471<br><br>Honorable Joan H. Lefkow |

*caption continued on following page*

| | |
|---|---|
| MIAMI FIREFIGHTERS' RELIEF AND PENSION FUND, derivatively on behalf of Nominal Defendant Walgreen Co., <br><br>                      Plaintiff, <br><br>    v. <br><br>JAMES A. SKINNER, GREG D. WASSON, JANICE M. BABIAK, DAVID J. BRAILER, STEVEN A. DAVIS, WILLIAM C. FOOTE, MARK P. FRISSORA, GINGER L. GRAHAM, ALAN G. McNALLY, DOMINIC MURPHY, STEFANO PESSINA, NANCY M. SCHLICHTING, and ALEJANDRO SILVA, <br><br>                      Defendants, <br><br>   and <br><br>WALGREEN CO., <br><br>                     Nominal Defendant | C.A. No. 1:13-cv-05775 <br><br> Honorable Marvin E. Aspen |

## ORDER REASSIGNING RELATED ACTION, CONSOLIDATING ACTIONS, AND APPOINTING CO-LEAD PLAINTIFFS AND CO-LEAD AND LIAISON COUNSEL

The Court, upon consideration of the Joint Motion by Plaintiffs Steamfitters Local #449 Retirement Security Fund, West Palm Beach Police Pension Fund, The Police Retirement System of St. Louis, and Miami Firefighters' Relief and Pension Fund for Reassignment and Consolidation and for Appointment of Co-Lead Plaintiffs and Co-Lead and Liaison Counsel, and other pleadings and documents filed therewith, finds that the motion should be GRANTED, and it ORDERS as follows:

## REASSIGNMENT

The action captioned *Miami Firefighters' Relief and Pension Fund v. James A. Skinner, et al.*, No. 1:13-cv-05775, pending before the Honorable Marvin E. Aspen, U.S.D.J., shall be reassigned to the Honorable Joan H. Lefkow, U.S.D.J.

## CONSOLIDATION

The above-captioned actions and any other shareholder derivative actions on behalf of Walgreen Co. filed in or transferred to this Court that involves questions of law or fact similar to those contained in the above-captioned actions shall be consolidated for all purposes under the following caption (the "Consolidated Action"):

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE WALGREEN CO. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 1:13-cv-05471 |

When a case that properly belongs as part of the Consolidated Action is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

## APPOINTMENT OF CO-LEAD PLAINTIFFS AND CO-LEAD AND LIAISON COUNSEL

Plaintiffs Steamfitters Local #449 Retirement Security Fund, West Palm Beach Police Pension Fund, The Police Retirement System of St. Louis, and Miami Firefighters' Relief and Pension Fund shall be appointed as Co-Lead Plaintiffs in the Consolidated Action.

The law firms of Labaton Sucharow LLP and Motley Rice LLC shall be appointed as Co-Lead Counsel in the Consolidated Action.

The law firm of Cohen Milstein Sellers & Toll PLLC shall be appointed as Liaison Counsel in the Consolidated Action.

Co-Lead Counsel shall have sole authority to speak for the Co-Lead Plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive efforts in the Consolidated Action.

Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Co-Lead Plaintiffs in the Consolidated Action. No motion, request for discovery, or other pre-trial or trial proceedings in the Consolidated Action shall be initiated or filed by any plaintiff except through Co-Lead Counsel.

Co-Lead and Liaison Counsel shall be available and responsible for communications to and from this Court in the Consolidated Action, including distributing orders and other directions from the Court to counsel. Co-Lead and Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel in the Consolidated Action.

Defendants' counsel may rely upon all agreements made with Co-Lead and Liaison Counsel, or other duly authorized representative of Co-Lead and Liaison

Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Action.

IT IS SO ORDERED

This 12th day of September 2013.

_____
THE HONORABLE JOAN H. LEFKOW, U.S.D.J.