# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE WALGREEN CO. DERIVATIVE LITIGATION | Lead Case No. 1:13-cv-05471 <br><br> Hon. Joan H. Lefkow |

## MOTION TO DISMISS THE DERIVATIVE COMPLAINT

Defendants James Skinner, Janice Babiak, David Brailer, Steven Davis, William Foote, Mark Frissora, Ginger Graham, Alan McNally, Nancy Schlichting, Alejandro Silva, and Gregory Wasson (the "Individual Defendants"), and nominal defendant Walgreen Co. ("Walgreens"), through their undersigned counsel, hereby respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1(b)(3), for an Order dismissing the Consolidated and Verified Shareholder Derivative Complaint (the "Complaint") in its entirety with prejudice for failure to make a pre-suit demand on the board of directors of Walgreens.

In support of this Motion, the Individual Defendants, all of whom are members of the Walgreens board of directors, and Walgreens submit their Memorandum of Law in Support of this Motion and Exhibits thereto, which are each fully incorporated by reference herein. As set forth more fully in the Memorandum of Law in Support of this Motion, plaintiffs' Complaint must be dismissed for failure to make pre-suit demand on the Walgreens board of directors. Pursuant to Rule 23.1(b)(3) and Illinois law, a shareholder plaintiff seeking to bring a derivative claim on behalf of a corporation must either make a pre-suit demand on the corporation's board of directors or plead particularized facts showing that such demand was excused. Plaintiffs concede that they failed to make a pre-suit demand on the Walgreens board of directors, and

plaintiffs have failed to allege particularized facts showing that such pre-suit demand was excused. Accordingly, the Complaint must be dismissed.

WHEREFORE, the Individual Defendants and Walgreens respectfully request that this Court dismiss the Complaint in its entirety with prejudice, and provide such further relief as may be just and proper.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | By: /s/ Thomas B. Quinn |
| | Thomas B. Quinn |
| Stephen R. DiPrima | Virginia O. Hancock |
| Benjamin D. Klein | SCHIFF HARDIN LLP |
| WACHTELL, LIPTON, ROSEN & KATZ | 233 South Wacker Drive |
| 51 West 52nd Street | Chicago, Illinois 60606 |
| New York, New York 10019 | Telephone: (312) 258-5500 |
| Telephone: (212) 403-1000 | Facsimile: (312) 258-5600 |
| Facsimile: (212) 403-2000 | TQuinn@schiffhardin.com |
| SRDiPrima@wlrk.com | GHancock@schiffhardin.com |
| BDKlein@wlrk.com | |

*Attorneys for defendants James A. Skinner, Greg D. Wasson, Janice M. Babiak, David J. Brailer, Steven A. Davis, William C. Foote, Mark P. Frissora, Ginger L. Graham, Alan G. McNally, Nancy M. Schlichting, Alejandro Silva*

*Attorneys for defendants James A. Skinner, Greg D. Wasson, Janice M. Babiak, David J. Brailer, Steven A. Davis, William C. Foote, Mark P. Frissora, Ginger L. Graham, Alan G. McNally, Nancy M. Schlichting, Alejandro Silva*

By: /s/ Walter C. Carlson
Walter C. Carlson
Kristen R. Seeger
Nilofer I. Umar
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
WCarlson@sidley.com
KSeeger@sidley.com
NUmar@sidley.com

*Attorneys for nominal defendant Walgreen Co.*

Dated: December 3, 2013

# CERTIFICATE OF SERVICE

I, Thomas B. Quinn, attorney for the Individual Defendants, hereby certify that on December 3, 2013, I caused a true and correct copy of the foregoing Motion to Dismiss the Derivative Complaint to be served via the Court's ECF system on the following attorneys of record:

Christine Azar
Iona Evans
Labaton Sucharow LLP
300 Delaware Avenue
Suit 1225
Wilmington, DE 19801
Telephone: (302) 573-2540
Facsimile: (302) 573-2529

Gregg S. Levin
Lance V. Oliver
William S. Norton
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

Carol V. Gilden
Cohen Milstein Sellers & Toll PLLC
190 S. LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

George C. Aguilar
Gregory Del Gaizo
Robbins Arroyo LLP
600 B Street
Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

  /s/ Thomas B. Quinn
Thomas B. Quinn