**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE WALGREEN CO. DERIVATIVE LITIGATION | Lead Case No. 1:13-cv-05471<br><br>Hon. Joan H. Lefkow |

**DECLARATION OF GREGG S. LEVIN
IN SUPPORT OF DERIVATIVE PLAINTIFFS' UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, GREGG S. LEVIN, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Motley Rice LLC, Co-Lead Counsel in the above-referenced action (the "Action"). I am admitted to practice *pro hac vice* before this Court. I respectfully submit this declaration in support of Derivative Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Memorandum of Law in Support Thereof. I have personal knowledge of the matters testified to herein.

2. Attached hereto as Exhibit A is a true and correct copy of the firm resume of Labaton Sucharow LLP, Co-Lead Counsel in the Action.

3. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Motley Rice LLC, Co-Lead Counsel in the Action.

4. Attached hereto as Exhibit C is a true and correct copy of the Order Preliminarily Approving Proposed Settlement, Directing the Issuance of Notice, and Setting a Final Settlement Hearing, *In re Abbott-Depakote Shareholder Derivative Litigation*, No. 1:11-cv-08114 (N.D. Ill. Mar. 18, 2014).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2014.

                                                      GREGG S. LEVIN