

Firm Resume

InvestorProtectionLitigation

**New York** 140 Broadway | New York, NY 10005 | 212-907-0700 main | 212-818-0477 fax | www.labaton.com
**Delaware** 300 Delaware Avenue, Suite 1225 | Wilmington, DE 19801 | 302-573-2540 main | 302-573-2529 fax

# Table of Contents

Introduction ................................................................................................................ 1

Corporate Governance .............................................................................................. 2

Trial Experience ........................................................................................................ 5

Notable Lead Counsel Appointments ....................................................................... 5

Notable Successes ..................................................................................................... 7

Comments About Our Firm By The Courts ............................................................. 18

In and Around The Community ............................................................................... 20

Women's Initiative and Minority Scholarship ........................................................ 22

Attorneys ................................................................................................................. 23

    Lawrence A. Sucharow, Chairman ................................................................. 24

    Martis Alex, Partner ...................................................................................... 26

    Mark S. Arisohn, Partner .............................................................................. 27

    Dominic J. Auld, Partner ............................................................................... 29

    Christine S. Azar, Partner .............................................................................. 30

    Eric J. Belfi, Partner ...................................................................................... 33

    Joel H. Bernstein, Partner ............................................................................. 35

    Javier Bleichmar, Partner .............................................................................. 38

    Thomas A. Dubbs, Partner ............................................................................ 39

    Joseph A. Fonti, Partner ................................................................................ 42

    Jonathan Gardner, Partner ............................................................................ 44

    David J. Goldsmith, Partner .......................................................................... 46

    Louis Gottlieb, Partner ................................................................................. 47

    James W. Johnson, Partner ........................................................................... 49

    Christopher J. Keller, Partner ........................................................................ 50

    Edward Labaton, Partner .............................................................................. 52

    Christopher J. McDonald, Partner ................................................................. 54

    Jonathan M. Plasse, Partner ......................................................................... 55

    Ira A. Schochet, Partner ............................................................................... 56

    Michael W. Stocker, Partner ......................................................................... 58

    Jordan A. Thomas, Partner ........................................................................... 60

Stephen W. Tountas, Partner ..................................................................62

Mark S. Goldman, Of Counsel ..............................................................64

Thomas G. Hoffman, Jr., Of Counsel ....................................................65

Richard T. Joffe, Of Counsel ................................................................66

Barry M. Okun, Of Counsel ..................................................................67

Paul J. Scarlato, Of Counsel ................................................................68

Nicole M. Zeiss, Of Counsel ................................................................69

Jeffrey R. Alexander, Associate ...........................................................70

Rachel A. Avan, Associate ...................................................................71

Matthew Belz, Associate ......................................................................72

Derick I. Cividini, Associate .................................................................72

Marisa N. DeMato, Associate ..............................................................73

David C. Erroll, Associate ....................................................................74

Eric D. Gottlieb, Associate ..................................................................75

Serena Hallowell, Associate ................................................................76

Cynthia Hanawalt, Associate ...............................................................77

Claiborne R. Hane, Associate ..............................................................78

Felicia Mann, Associate .......................................................................78

Wilson Meeks, III, Associate ...............................................................79

Amy J. Metzger, Associate ..................................................................80

Angelina Nguyen, Associate ................................................................81

Corban S. Rhodes, Associate ..............................................................82

Michael H. Rogers, Associate ..............................................................82

Katherine R. Ryan, Associate ..............................................................83

Kendra Schramm, Associate ...............................................................84

Irina Vasilchenko, Associate ...............................................................85

Carol C. Villegas, Associate ................................................................86

Ned Weinberger, Associate .................................................................86

Elizabeth Rosenberg Wierzbowski, Associate .....................................87

Michael L. Woolley, Associate .............................................................88

## Introduction

Founded in 1963, Labaton Sucharow LLP ("Labaton Sucharow") is an internationally respected law firm with offices in New York, New York and Wilmington, Delaware and has relationships throughout the United States, Europe and the world. The Firm consists of nearly 60 full-time attorneys and a professional support staff that includes paralegals, sophisticated financial analysts, e-discovery specialists, licensed private investigators, a certified public accountant, and forensic accountants with notable federal and state law enforcement experience. The Firm prosecutes major complex litigation in the United States, and has successfully conducted a wide array of representative actions (primarily class, mass and derivative) in the areas of: Securities; Antitrust & Competition; Financial Products & Services; Corporate Governance & Shareholder Rights; Mergers & Acquisitions; Derivative; REITs & Limited Partnerships; Consumer; and Whistleblower Representation.

For over 50 years, Labaton Sucharow has cultivated a reputation as one of the finest litigation boutiques in the country. The Firm's attorneys are skilled in every stage of business litigation and have successfully taken on corporations in virtually every industry. Our work has resulted in billions of dollars in recoveries for our clients, and in sweeping corporate reforms protecting consumers and shareholders alike.

On behalf of some of the most prominent institutional investors around the world, Labaton Sucharow prosecutes high-profile and high-stakes securities fraud. Our Securities Litigation Practice has recovered billions of dollars and achieved corporate governance reforms to ensure that the financial marketplace operates with greater transparency, fairness, and accountability.

Labaton Sucharow also brings its unparalleled securities litigation expertise to the practice of Whistleblower Representation, exclusively representing whistleblowers that have original information about violations of the federal securities laws. The Firm's Whistleblower

Representation Practice plays a critical role in exposing securities fraud and creating necessary corporate reforms.

Labaton Sucharow's Corporate Governance & Shareholder Rights Practice successfully pursues derivative and other shareholder actions to advance shareholder interests. In addition to our deep knowledge of corporate law and the securities regulations that govern corporate conduct, our established office in Delaware where many of these matters are litigated, uniquely positions us to protect shareholder assets and enforce fiduciary obligations.

Visit our website at www.labaton.com for more information about our Firm.

## Corporate Governance

Labaton Sucharow is committed to corporate governance reform. Through its leadership of membership organizations, Labaton Sucharow seeks to strengthen corporate governance and support legislative reforms to improve and preserve shareholder and consumer rights.

Through the aegis of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice class action and complex civil litigation, the Firm continues to advocate against those who would legislatively seek to weaken shareholders' rights, including their right to obtain compensation through the legal system.

From 2009-2011 Partner Ira A. Schochet served as President of NASCAT, following in the footsteps of Chairman Lawrence A. Sucharow who held the position from 2003-2005.

Labaton Sucharow is also a patron of the John L. Weinberg Center for Corporate Governance of the University of Delaware ("The Center") and was instrumental in the task force of the Association of the Bar of the City of New York, which drafted recommendations on the roles of law firms and lawyers' in preventing corporate fraud through improved

governance. One of Labaton Sucharow's partners, Edward Labaton, is a member of the Advisory Committee of The Center.

In early 2011, Partner Michael W. Stocker spoke before the Securities and Exchange Commission's Trading and Markets Division regarding liability for credit rating agencies under the Dodd-Frank Act. His articles on corporate governance issues have been published in a number of national trade publications.

On behalf of our institutional and individual investor clients, Labaton Sucharow has achieved some of the largest precedent-setting settlements since the enactment of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and has helped avert future instances of securities fraud by negotiating substantial corporate governance reforms as conditions of many of its largest settlements.

Some of the successful cases in which Labaton Sucharow has been able to affect significant corporate governance changes include:

***In re Waste Management, Inc. Securities Litigation,***
   Civ. No. H-99-2183 (S.D. Tex.)

   In the settlement of the *In re Waste Management, Inc. Securities Litigation* case, we earned critical corporate governance improvements resulting in:

   - A stronger and more independent audit committee;
   - A board structure with greater accountability; and
   - Protection for whistleblowers.

***In re Bristol-Myers Squibb Securities Litigation,***
   Civ. No. CV-98-W-1407-S (N.D. Ala.)

   In *Bristol-Myers Squibb*, we won unprecedented corporate governance concessions, including:

   - Required public disclosure of the design of all clinical drug trials; and
   - Required public disclosure on the company's website of the results of all clinical studies on drugs marketed in any country throughout the world.

***Cohen v. Gray, et al.,***
   Case No. 03 CH 15039 (C.C. Ill.)

   In this case against the Boeing aircraft company, we achieved a landmark settlement establishing unique corporate governance standards relating to ethics compliance including:

   - At least 75% of Boeing's Board must be independent under NYSE criteria;
   - Board members will receive annual corporate governance training;
   - Direct Board supervision of an improved ethics and compliance program;
   - Improved Audit Committee oversight of ethics and compliance; and
   - A $29 million budget dedicated to the implementation and support of these governance reforms.

***In re Vesta Insurance Group Securities Litigation,***
   Civ. No. CV-98-W-1407-S (N.D. Ala.)

   In settling *Vesta*, the company adopted provisions that created:

   - A Board with a majority of independent members;
   - Increased independence of members of the company's audit, nominating and compensation committees;
   - Increased expertise in corporate governance on these committees; and
   - A more effective audit committee.

***In re Orbital Sciences Corporation Securities Litigation,***
   Civ. No. 99-197-A (E.D. Va.)

   In this case against Orbital Sciences Corporation, Labaton Sucharow was able to:

   - Negotiate the implementation of measures concerning the company's quarterly review of its financial results;
   - The composition, role and responsibilities of its Audit and Finance committee; and
   - The adoption of a Board resolution providing guidelines regarding senior executives' exercise and sale of vested stock options.

***In re Take-Two Interactive Securities Litigation,***
   Civ. No. 06-CV-803-RJS (S.D.N.Y.)

   In settling *Take-Two Interactive*, we achieved significant corporate governance reforms which required the company to:

   - Adopt a policy, commonly referred to as "clawback" provision, providing for the recovery of bonus or incentive compensation paid to senior executives in the event that such compensation was awarded based on financial results later determined to have been erroneously reported as a result of fraud or other knowing misconduct by the executive;
   - Adopt a policy requiring that its Board of Directors submit any stockholder rights plan (also commonly known as 'poison pill') that is greater than 12 months in duration to a vote of stockholders; and

- Adopt a bylaw providing that no business may be properly brought before an annual meeting of stockholders by a person other than a stockholder unless such matter has been included in the proxy solicitation materials issued by the company.

## Trial Experience

Few securities class action cases go to trial.  But when it is in the best interests of its clients and the class, Labaton Sucharow repeatedly has demonstrated its willingness and ability to try these complex securities cases before a jury.  More than 95% of the Firm's partners have trial experience.

Labaton Sucharow's recognized willingness and ability to bring cases to trial significantly increases the ultimate settlement value for shareholders.

In *In re Real Estate Associates Limited Partnership Litigation*, when defendants were unwilling to settle for an amount Labaton Sucharow and its clients viewed as fair, we tried the case with co-counsel for six weeks and obtained a landmark $184 million jury verdict in November 2002.  The jury supported plaintiffs' position that defendants knowingly violated the federal securities laws, and that the general partner had breached his fiduciary duties to plaintiffs.  The $184 million award was one of the largest jury verdicts returned in any PSLRA action and one in which the plaintiff class, consisting of 18,000 investors, recovered 100% of their damages.

## Notable Lead Counsel Appointments

Labaton Sucharow's institutional investor clients are regularly appointed by federal courts to serve as lead plaintiffs in prominent securities litigations brought under the PSLRA. Dozens of state, city and country public pension funds and union funds have selected Labaton Sucharow to represent them in federal securities class actions and advise them as securities

litigation/investigation counsel.  Listed below are several of our current notable lead and co-lead counsel appointments:

*In re MF Global Holdings Limited Securities Litigation,*
    No. 11-cv-7866 (S.D.N.Y.)
    Representing the Province of Alberta as co-lead plaintiff

*Richard Gammel v. Hewlett-Packard Company, et al.,*
    No. 8:11-cv-01404-AG-RNB (C.D.Cal.)
    Representing Arkansas Teacher Retirement System and the Labourers' Pension Fund of Central and Eastern Canada as co-lead plaintiff

*In re Massey Energy Co. Securities Litigation,*
    No. 5:10-cv-00689 (S.D. W. Va.)
    Representing Commonwealth of Massachusetts Pension Reserves Investment Trust ("Massachusetts PRIT") as lead plaintiff

*In re Schering Plough/Enhance Securities Litigation,*
    No. 08-cv-00397-DMC-JAD (D.N.J.)
    Represented the Pension Reserves Investment Management Board (Commonwealth of Massachusetts) as co-lead plaintiff

*In re Computer Sciences Corporation Securities Litigation,*
    No. 11-cv-610 (E.D. Va.)
    Represented Ontario Teachers' Pension Plan Board as lead plaintiff

Listed below are several of our current notable lead and co-lead counsel appointments resulting from the credit crisis:

*In re Goldman Sachs Group Inc. Securities Litigation,*
    No. 1:10-cv-03461 (S.D.N.Y.)
    Representing the Arkansas Teacher Retirement System as co-lead plaintiff

*In re 2008 Fannie Mae Securities Litigation,*
    No. 08-CV-1859 (E.D.Mo.)
    Representing Boston Retirement Board as co-lead plaintiff

*Stratte-McClure v. Morgan Stanley et al.,*
    No. 09-cv-2017 (S.D.N.Y.)
    Representing State Boston Retirement System as lead plaintiff

*In re Regions Morgan Keegan Closed-End Fund Litigation,*
    No. 07-CV-02830 (W.D. Tenn)
    Represented Lion Fund, L.P., Dr. J. Samir Sulieman, and Larry Lattimore as lead plaintiffs

# Notable Successes

Labaton Sucharow has achieved notable successes in major securities litigations on behalf of its clients and certified investor classes.

| Docket Information | Results of the Case |
|---|---|
| *In re Bear Stearns Companies, Inc. Securities Litigation*, No. 08-md-1963 (S.D.N.Y.) | $275 million settlement with Bear Stearns plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditors |
| *In re American International Group Inc. Securities Litigation*, No. 04-cv-8141 (S.D.N.Y.) | Negotiated settlements totaling more than $1 billion |
| *In re HealthSouth Securities Litigation*, No. 03-cv-1500 (N.D. Ala.) | Settlement valued at $671 million |
| *In re Schering-Plough Corp. Enhance Securities Litigation*, Civil Action No. 08 397 (DMC) (JAD) | Settled for $473 million - the largest securities class action settlement ever against a pharmaceutical company |
| *In re Waste Management, Inc. Securities Litigation*, No. H-99-2183 (S.D. Tex.) | Settled for $457 million |
| *In re Countrywide Financial Corp. Securities Litigation*, No. 07-cv-5295 (C.D. Cal.) | Settled for $624 million – the largest credit crisis-related settlement at the time |
| *In re General Motors Corp. Securities & Derivative Litigation*, No. 06-md-1749 (E.D. Mich.) | Settled for $303 million |
| *In re El Paso Corporation Securities Litigation*, No. 02-cv-2717 (S.D. Tex.) | Settled for $285 million |
| *In re PaineWebber Limited Partnerships Litigation*, No. 94-cv-832/7 (S.D.N.Y.) | Settled for $200 million |
| *Eastwood Enterprises LLC v. Farha (WellCare Securities Litigation)*, No. 07-cv-1940 (M.D. Fla.) | Settled for $200 million |
| *In re Bristol-Myers Squibb Securities Litigation*, No. 00-cv-1990 (D.N.J.) | Settled for $185 million and significant corporate governance reforms |
| *In re Broadcom Corp. Securities Litigation*, No. 06-cv-5036 (C.D. Cal.) | Settled for $160.5 million – at the time, the second largest up-front cash settlement ever recovered from a company accused of options backdating; plus a $13 million settlement with the auditor, Ernst & Young |
| *In re Satyam Computer Services, Ltd. Securities Litigation*, No. 09-md- 2027 (S.D.N.Y.) | Settled for $125 million with Satyam and $25.5 million with PwC Entities |
| *In re Mercury Interactive Securities Litigation*, No. 05-cv- 3395 (N.D. Cal.) | Settled for $117.5 million – the largest options backdating settlement at the time |

| Docket Information | Results of the Case |
|---|---|
| *In re Prudential Securities Inc. Limited Partnership Litigation*, No. M-21-67 (S.D.N.Y.) | Negotiated $110 million partial settlement |
| *In re Oppenheimer Champion Fund Securities Fraud Class Actions*, No. 09-cv-386 (D. Colo.) and *In re Core Bond Fund*, No. 09-cv-1186 (D. Colo.) | Settled for $100 million |
| *In re Computer Sciences Corporation Securities Litigation*, Civ. No. 11-610-TSE-IDD (E.D. Va.) | Settled for $97.5 million |
| *In re Vesta Insurance Group, Inc. Securities Litigation*, No. 98-cv-1407 (N.D. Ala.) | Settled for $80 million in total and significant corporate governance reforms |
| *In re St. Paul Travelers Securities Litigation*, No. 04-CV-3801 (D. Minn.) | Settled for $67.5 million |
| *In re St. Paul Travelers Securities Litigation II*, No. 04-cv-4697 (D. Minn.) | Settled for $77 million |
| *In re Regions Morgan Keegan Closed-End Fund Litigation* | Settled for $62 million |
| *In re Monster Worldwide, Inc. Securities Litigation*, No. 07-cv-2237 (S.D.N.Y.) | Settled for $47.5 million – required Monster's founder and former Chief Executive Officer Andrew McKelvey to personally pay $550,000 toward the settlement |
| *Hughes v. Huron Consulting Group, Inc.*, No. 09-cv-4734 (N.D. Ill.) | Settled for $38 million |
| *Abrams v. Van Kampen Funds, Inc.*, No. 01-cv-7538 (N.D. Ill.) | Settled for $31.5 million |
| *In re Novagold Resources Inc. Securities Litigation*, No. 08-cv-7041 (S.D.N.Y.) | Settled for $22 million |
| *Police & Fire Ret. System of Detroit v. SafeNet, Inc.*, No. 06-cv-5797 (S.D.N.Y.) | Settled for $25 million |
| *Desert Orchid Partners, L.L.C. v. Transactions Systems Architects, Inc.*, No. 02-cv-533 (D. Neb.) | Settled for $24.5 million |
| *In re Orbital Sciences Corp. Securities Litigation*, No. 99-cv-197 (E.D. Va.) | Settled for $23.5 million and significant corporate governance reforms |
| *In re Take Two Interactive Securities Litigation*, No. 06-cv-803 (S.D.N.Y.) | Settled for $20.1 million and significant corporate governance reforms |
| *In re International Business Machines Corp. Securities Litigation*, No. 05-cv-6279 (S.D.N.Y.) | Settled for $20 million |
| *In re Just for Feet Noteholder Litigation*, No. 00-cv-1404 (N.D. Ala.) | Settled for $17.75 million |

| Docket Information | Results of the Case |
|---|---|
| *In re American Tower Corporation Securities Litigation*, No. 06-cv-10933 (D. Mass.) | Settled for $14 million |
| *In re CapRock Communications Corp. Securities Litigation*, No. 00-CV-1613 (N.D. Tex.) | Settled for $11 million |
| *In re SupportSoft, Inc. Securities Litigation*, No. 04-cv-5222 (N.D. Cal.) | Settled for $10.7 million |
| *In re InterMune Securities Litigation*, No. 03-cv-2954 (N.D. Cal.) | Settled for $10.4 million |
| *In re HCC Insurance Holdings, Inc. Securities Litigation*, No. 07-cv-801 (S.D. Tex.) | Settled for $10 million |

**In re Regions Morgan Keegan Closed-End Fund Litigation,**
No. 07-CV-02830 (W.D. Tenn)

Labaton Sucharow served as sole lead counsel, representing the Lion Fund, L.P., Dr. J. Sulieman, and Larry Lattimore, in this case against Regions Morgan Keegan ("RMK"), alleging that they fraudulently overstated the values of portfolio securities and reported false Net Asset Values ("NAVs"). RMK also falsely touted their professional portfolio management by "one of America's leading high-yield fund managers" when, in fact, portfolio securities frequently were purchased blindly without the exercise of basic due diligence. On April 13, 2011, defendants moved to dismiss. On March 30, 2012, the court issued an Opinion denying the motions to dismiss nearly in their entirety. The court upheld the Section 10(b) claims as against the Funds and defendant James R. Kelsoe, the Funds' Senior Portfolio Manager, and dismissed those claims as against three other individual defendants. The court upheld plaintiffs' Securities Act claims in their entirety. In April 2012 Labaton Sucharow achieved a $62 million settlement.

**In re HealthSouth Securities Litigation,**
Civ. No CV-03-BE-1500-S (N.D. Ala.)

Labaton Sucharow served as co-lead counsel in a case stemming from the largest fraud ever perpetrated in the healthcare industry. In early 2006, lead plaintiffs negotiated a settlement of $445 million with defendant HealthSouth. This partial settlement, comprised of cash and HealthSouth securities to be distributed to the class, is one of the largest in history. On June 12, 2009, the court also granted final approval to a $109 million settlement with defendant Ernst & Young LLP ("E&Y"), which at the time was approximately the eighth largest securities fraud class action settlement with an auditor. In addition, on July 26, 2010, the court granted final approval to a $117 million partial settlement with the remaining principal defendants in the case, UBS AG, UBS Warburg LLC, Howard Capek, Benjamin Lorello, and William McGahan (the "UBS Defendants"). The total value of the settlements for HealthSouth stockholders and HealthSouth bondholders, who were represented by separate counsel, is $804.5 million.

**In re NYSE Euronext Shareholders Litigation,**
Consolidated C.A., 6220-VCS (Del. Ch. 2011)

Labaton Sucharow played a leadership role in landmark shareholder litigation arising from the acquisition of the New York Stock Exchange—a deal that had implications not only for NYSE shareholders, but for global financial markets. Following aggressive litigation spanning both sides of the Atlantic, the Firm secured a proposed settlement which would have provided a special dividend of nearly a billion dollars to NYSE shareholders if the transaction was completed. While European regulators ultimately rejected the merger in 2012 citing anticompetitive concerns, the Firm's work in the litigation cemented its reputation as a leader in the field.

**In re American International Group, Inc. Securities Litigation,**
No. 04 Civ. 8141 (JES) (AJP) (S.D.N.Y.)

In one of the most complex and challenging securities cases in history, Labaton Sucharow secured a landmark $725 million settlement with American International Group ("AIG") regarding allegations of bid rigging and accounting fraud. This followed our $97.5 million settlement with AIG's auditors and an additional $115 million settlement with former AIG officers and related defendants which is still pending before the court. Further, a proposed $72 million settlement with General Reinsurance Corporation, which was alleged to have been involved in one of the accounting frauds with AIG, was approved by the Second Circuit on September 11, 2013. In total, the four AIG settlements provided a recovery of more than $1 billion for class members.

**In re Countrywide Financial Corp. Securities Litigation,**
No. CV 07-cv-05295-MRP-MAN (C.D. Cal.)

Labaton Sucharow served as sole lead counsel on behalf of the New York State Common Retirement Fund and the five New York City public pension funds. Plaintiffs alleged that defendants violated securities laws by making false and misleading statements concerning Countrywide's business as an issuer of residential mortgages, the creditworthiness of borrowers, underwriting and loan origination practices, loan loss and other accounting provisions, and misrepresenting high-risk low-documentation loans as being "prime." While the price of Countrywide stock was artificially inflated by defendants' false representations, insiders received millions of dollars from Countrywide stock sales. On February 25, 2011, the court granted final approval to a settlement of $624 million, which at the time was the 14th largest securities class action settlement in the history of the PSLRA.

**In re Waste Management, Inc. Securities Litigation,**
Civ. No. H-99-2183 (S.D. Tex.)

In 2002, Judge Melinda Harmon approved an extraordinary settlement that provided for recovery of $457 million in cash, plus an array of far reaching corporate governance measures. At that time, this settlement was the largest common fund settlement of a securities action achieved in any court within the Fifth Circuit and the third largest achieved in any federal court in the nation. Judge Harmon noted, among other things, that Labaton Sucharow *"obtained an outstanding result by virtue of the quality of the work and vigorous representation of the class."*

### In re General Motors Corp. Securities Litigation,
No. 06-1749, (E.D. Mich.)

Labaton Sucharow was co-lead counsel for DekaInvestment GmbH. The complaint alleged that, over a period of six years, General Motors ("GM"), its officers and its outside auditor overstated GM's income by billions of dollars, and GM's operating cash flows by tens of billions of dollars, through a series of accounting manipulations that included, among other things, prematurely recognizing income from supplier rebates, misclassifying cash flow as operating rather than investing cash flow, and omitting to disclose the nature and amount of GM's guarantee of pension benefits owing to workers at GM's former parts division, now an independent corporation in Chapter 11 bankruptcy protection, Delphi Corporation. On July 21, 2008, a settlement was reached whereby GM made a cash payment of $277 million and defendant Deloitte & Touche LLP, which served as GM's outside auditor during the period covered by the action, agreed to contribute an additional $26 million in cash.

### In re El Paso Corporation Securities Litigation,
Civ. No. H-02-2717 (S.D. Tex.)

Labaton Sucharow secured a $285 million class action settlement against the El Paso Corporation. The case involved a securities fraud stemming from the company's inflated earnings statements, which cost shareholders hundreds of millions of dollars during a four-year span. The settlement was approved by the court on March 6, 2007.

### In re PaineWebber Limited Partnerships Litigation,
No. 94 Civ. 832/7 (SHS) (S.D.N.Y.)

Judge Sidney H. Stein approved a settlement valued at $200 million and found *"that class counsel's representation of the class has been of high caliber in conferences, in oral arguments and in work product."*

### Eastwood Enterprises, LLC v. Farha et al. (WellCare Securities Litigation),
No. 8:07-cv-1940-T-33EAJ (M.D. Fla.)

On behalf of The New Mexico State Investment Council and the Public Employees Retirement Association of New Mexico, co-lead counsel for the class, Labaton Sucharow negotiated a $200 million settlement over allegations that WellCare Health Plans, Inc., a Florida-based managed healthcare service provider, disguised its profitability by overcharging state Medicaid programs. Under the terms of the settlement, which was approved by the court on May 4, 2011, WellCare agreed to pay an additional $25 million in cash if, at any time in the next three years, WellCare is acquired or otherwise experiences a change in control at a share price of $30 or more after adjustments for dilution or stock splits.

### In re Bristol-Myers Squibb Securities Litigation,
Civ. No. 00-1990 (D.N.J.)

After prosecuting securities fraud claims against Bristol-Myers Squibb ("BMS") for more than five years, Labaton Sucharow reached an agreement to settle the claims for $185 million and significant corporate governance reforms.

***In re Broadcom Corp. Securities Litigation,***
   No. 06-cv-05036-R-CW (C.D. Cal.)

   Labaton Sucharow served as lead counsel on behalf of lead plaintiff New Mexico State Investment Council in a case stemming from Broadcom Corp.'s $2.2 billion restatement of its historic financial statements for 1998-2005.  In August 2010, the court granted final approval of a $160.5 million settlement with Broadcom and two individual defendants to resolve this matter, the second largest upfront cash settlement ever recovered from a company accused of options backdating.  On April 14, 2011, the Court of Appeals for the Ninth Circuit issued an opinion in *New Mexico State Investment Council v. Ernst & Young LLP*—a matter related to Broadcom.  In particular, the Ninth Circuit's opinion held that the complaint contains three separate sets of allegations that adequately allege Ernst & Young's ("E&Y") scienter, and that there is "no doubt" that lead plaintiff carried its burden in alleging E&Y acted with actual knowledge or reckless disregard that their unqualified audit opinion was fraudulent.  Importantly, the decision confirms that outside auditors are subject to the same pleading standards as all other defendants.  In addition, the opinion confirms that a defendant's pre-class-period knowledge is relevant to its fraudulent scienter, and must be considered holistically with the rest of the allegations.  In August 2011, the District Court spread the Ninth Circuit's mandate made in April 2011, and denied Ernst & Young's motion to dismiss on the ground of loss causation. This ruling is a major victory for the class and a landmark decision by the court—the first of its kind in a case arising from stock-options backdating.  The decision underscores the impact that institutional investors can have in enforcing the federal securities laws, above and beyond the role of prosecutors and regulators.  On October 12, 2012, the court approved a $13 million settlement with Ernst & Young.

***In re Satyam Computer Services Ltd. Securities Litigation,***
   No. 09-md-2027-BSJ (S.D.N.Y.)

   Satyam, referred to as "India's Enron," engaged in one of the most egregious frauds on record.  In a case that rivals the Enron and Madoff scandals, lead plaintiffs allege that Satyam Computer Services Ltd., related entities, its auditors and certain directors and officers made materially false and misleading statements to the investing public about the company's earnings and assets, which had the effect of artificially inflating the price of Satyam securities.  On September 13, 2011, the court granted final approval to a settlement with Satyam of $125 million.  The court also granted final approval to a settlement with the company's auditor, PricewaterhouseCoopers (PwC), in the amount of $25.5 million.

***In re Mercury Interactive Corp. Securities Litigation,***
   Civ. No. 5:05-CV- 3395 (N.D. Cal.)

   Labaton Sucharow served as co-lead counsel on behalf of co-lead plaintiff Steamship Trade Association/International Longshoremen's Association Pension Fund.  The allegations in *Mercury* concern backdated option grants used to compensate employees and officers of the Company.  Mercury's former CEO, CFO, and General Counsel actively participated in and benefited from the options backdating scheme, which came at the expense of Mercury shareholders and the investing public.  On September 25, 2008, the court granted final approval of the $117.5 million settlement.

***In re Prudential Securities Inc. Limited Partnership Litigation,***
    Civ. No. M-21-67 (S.D.N.Y.)

    In this well-known securities litigation, the late Judge Milton Pollack cited the "Herculean" efforts of Labaton Sucharow and its co-lead counsel and, in approving a $110 million partial settlement, stated that *"this case represents a unique recovery – a recovery that does honor to every one of the lawyers on your side of the case."*

***In re Oppenheimer Champion Fund Securities Fraud Class Actions,***
    No. 09-cv-525-JLK-KMT (D. Colo.)
      and
***In re Core Bond Fund,***
    No. 09-cv-1186-JLK-KMT (D. Colo.)

    Labaton Sucharow served as lead counsel in two related securities class actions brought against OppenheimerFunds, Inc., among others, and certain officers and trustees of two funds – Oppenheimer Core Bond Fund and Oppenheimer Champion Income Fund. The lawsuits alleged that the investment policies followed by the funds resulted in investor losses when the funds suffered drops in net asset value although the funds were presented as safe and conservative investments to consumers. In May 2011, the Firm achieved settlements amounting to $100 million: $52.5 million in *In re Oppenheimer Champion Fund Securities Fraud Class Actions* and a $47.5 million settlement in *In re Core Bond Fund.*

***In re Vesta Insurance Group, Inc. Securities Litigation,***
    Civ. No. CV-98-AR-1407 (N.D. Ala.)

    After years of protracted litigation, Labaton Sucharow secured a settlement of $78 million on the eve of trial.

***In re St. Paul Traveler's II Securities Litigation,***
    Civ. No. 04-4697 (JRT/FLN) (D. Minn.)

    In the second of two cases filed against St. Paul Travelers by Labaton Sucharow, arose from the industry-wide insurance scandal involving American International Group, Marsh McLennan, the St. Paul Companies, and numerous other insurance providers and brokers. On July 23, 2008, the court granted final approval of the $77 million settlement and certified the settlement class.

***In re St. Paul Travelers Securities Litigation,***
    No. 04-CV-3801 (D. Minn.)

    Labaton Sucharow was able to successfully negotiate the creation of an all cash settlement fund to compensate investors in the amount of $67.5 million in November 2005. This settlement is one of the largest securities class action settlements in the Eighth Circuit.

***In re Monster Worldwide, Inc. Securities Litigation,***
    No. 07-CV-02237 (S.D.N.Y.)

    Labaton Sucharow represented Middlesex County Retirement System in claims alleging that defendants engaged in a long-running scheme to backdate Monster's stock option grants to attract and retain employees without recording the resulting compensation

expenses.  On November 25, 2008, the court granted final approval of the $47.5 million settlement.

### Hughes v. Huron Consulting Group, Inc.,
09-CV-4734 (N.D. Ill.)

Labaton Sucharow acted as co-lead counsel for lead plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago, the Arkansas Public Employees Retirement System, State-Boston Retirement Board, the Cambridge Retirement System and the Bristol County Retirement System in a suit alleging that Huron Consulting Group and certain individual defendants made materially false or misleading statements to the investing public, which had the effect of artificially inflating the price of Huron's common stock. On May 6, 2011, the court granted final approval to a settlement in the amount of $27 million dollars plus 474,547 shares of Huron common stock (valued at approximately $11 million as of November 24, 2010, based on its closing price of $23.18).  This settlement represents a significant percentage of the alleged $57 million in earnings that the company overstated.

### Abrams v. VanKampen Funds, Inc.,
01 C 7538 (N.D. Ill.)

In January 2006, Labaton Sucharow obtained final approval of a $31.5 million settlement in an innovative class action concerning VanKampen's senior loan mutual fund, alleging that the fund overpriced certain senior loan interests where market quotations were readily available.  The gross settlement fund constitutes a recovery of about 70% of the class's damages as determined by plaintiffs' counsel.

### In re NovaGold Resources Inc. Securities Litigation,
No. 1:08-cv-07041 (S.D.N.Y.)

Labaton Sucharow served as lead counsel in a securities class action over NovaGold's misleading representations regarding the economic feasibility of its Galore Creek mining project.  Labaton Sucharow secured a global settlement of C$28 million (approximately $26 million U.S.), one of the largest cross-border securities class action settlements in 2010.

### Police and Fire Retirement System of the City of Detroit, et al. v. SafeNet, Inc., et al.,
No. 06-Civ-5797 (PAC)

Labaton Sucharow served as co-lead counsel for lead plaintiffs the Police and Fire Retirement System of the City of Detroit, the Plymouth County Retirement System, and the State-Boston Retirement System in a suit alleging that SafeNet, Inc. ("SafeNet") and certain individual defendants misled investors by making misrepresentations and omissions to the investing public, which had the effect of artificially inflating SafeNet's stock price.  On December 20, 2010, the court granted final approval to the $25 million settlement.

### Desert Orchid Partners, L.L.C. v. Transactions Systems Architects, Inc.,
Civ. No. 02 CV 533 (D. Neb.)

Labaton Sucharow represented the Genesee Employees' Retirement System as lead plaintiff in claims alleging violations of the federal securities laws.  On March 2, 2007,

the court granted final approval to the settlement of this action for $24.5 million in cash.

**In re Orbital Sciences Corp. Securities Litigation,**
   Civ. No. 99-197-A (E.D. Va.)

   After cross-motions for summary judgment were fully briefed, defendants (and Orbital's auditor in a related proceeding) agreed to a $23.5 million cash settlement, warrants, and substantial corporate governance measures.

**In re International Business Machines Corp. Securities Litigation,**
   Civ. No. 1:05-cv-6279 (AKH) (S.D.N.Y.)

   Labaton Sucharow served as lead counsel in this action alleging that that International Business Machines Corp. ("IBM"), and its CFO, Mark Loughridge, made material misrepresentations and omissions concerning IBM's expected 2005 first quarter earnings, IBM's expected 2005 first quarter operational performance, and the financial impact of IBM's decision to begin expensing stock options on its 2005 first quarter financial statements. On September 9, 2008, the court granted final approval of the $20 million settlement.

**In re Take-Two Interactive Securities Litigation,**
   Civ. No. 06-CV-803-RJS (S.D.N.Y.)

   Labaton Sucharow acted as lead counsel for lead plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund and New York City Fire Department Pension Fund in a securities class action against Take-Two Interactive Software, Inc. ("Take-Two") and its officers and directors. Lead plaintiffs alleged that Take-Two, maker of the "Grand Theft Auto" video game series, improperly backdated stock options. On October 20, 2010, the court granted final approval of the $20.1 million settlement and significant corporate governance reforms.

**In re Just for Feet Noteholder Litigation,**
   Civ. No. CV-00-C-1404-S (N.D. Ala.)

   Labaton Sucharow, as lead counsel, represented lead plaintiff Delaware Management and the Aid Association for Lutherans with respect to claims brought on behalf of noteholders. On October 21, 2005, Chief Judge Clemon of the U.S. District Court for the Northern District of Alabama preliminarily approved plaintiffs' settlement with Banc of America Securities LLC, the sole remaining defendant in the case, for $17.75 million. During the course of the litigation, Labaton Sucharow obtained certification for a class of corporate bond purchasers in a ground-breaking decision, *AAL High Yield Bond Fund v. Ruttenberg*, 229 F.R.D. 676 (N.D. Ala. 2005), which is the first decision by a federal court to explicitly hold that the market for high-yield bonds such as those at issue in the action was efficient.

**In re American Tower Corporation Securities Litigation,**
   Civ. No. 06 CV 10933 (MLW) (D. Mass.)

   Labaton Sucharow represented the Steamship Trade Association-International Longshoreman's Association Pension Fund (STA-ILA) in claims alleging that certain of American Tower Corporation's current and former officers and directors improperly

backdated the Company's stock option grants and made materially false and misleading statements to the public concerning the Company's financial results, option grant policies and accounting, causing damages to investors. On June 11, 2008, the court granted final approval of the $14 million settlement.

### *In re CapRock Communications Corp. Securities Litigation,*
Civ. No. 3-00-CV-1613-R (N.D. Tex.)

Labaton Sucharow represented a prominent Louisiana-based investment adviser in claims alleging violations of the federal securities laws. The case settled for $11 million in 2003.

### *In re SupportSoft Securities Litigation,*
Civ. No. C 04-5222 SI (N.D. Cal.)

Labaton Sucharow secured a $10.7 million settlement on October 2, 2007 against SupportSoft, Inc. The action alleged that the defendants had artificially inflated the price of the Company's securities by re-working previously entered into license agreements for the company's software in order to accelerate the recognition of revenue from those contracts.

### *In re InterMune Securities Litigation,*
No. 03-2454 SI (N.D. Cal. 2005)

Labaton Sucharow commenced an action on behalf of its client, a substantial investor, against InterMune, a biopharmaceutical firm, and certain of its officers, alleging securities fraud in connection with InterMune's sales and marketing of a drug for off-label purposes. Notwithstanding higher pleading and proof standards in the jurisdiction in which the action had been filed, Labaton Sucharow utilized its substantial investigative resources and creative alternative theories of liability to successfully obtain an early, pre-discovery settlement of $10.4 million. The court complimented Labaton Sucharow on its ability to obtain a substantial benefit for the class in such an effective manner.

### *In re HCC Insurance Holdings, Inc. Securities Litigation,*
Civ. No. 4:07-cv-801 (S.D. Tex.)

Labaton Sucharow served as lead counsel in this case alleging that certain of HCC's current and former officers and directors improperly backdated the Company's stock option grants and made materially false and misleading statements to the public concerning the Company's financial results, option grant policies and accounting, causing damages to investors. On June 17, 2008, the court granted final approval of the $10 million settlement.

### *In re Adelphia Communications Corp. Securities & Derivative Litigation,*
Civ. No. 03 MD 1529 (LMM) (S.D.N.Y.)

Labaton Sucharow represents the New York City Employees' Retirement System (and certain other New York City pension funds) and the Division of Investment of the New Jersey Department of the Treasury in separate individual actions against Adelphia's officers, auditors, underwriters, and lawyers. To date, Labaton Sucharow has fully resolved certain of the claims brought by New Jersey and New York City for amounts

that significantly exceed the percentage of damages recovered by the class. New Jersey and New York City continue to prosecute their claims against the remaining defendants.

### *STI Classic Funds v. Bollinger Industries, Inc.,*
No. 96-CV-0823-R (N.D. Tex.)

Labaton Sucharow commenced related suits in both state and federal courts in Texas on behalf of STI Classic Funds and STI Classic Sunbelt Equity Fund, affiliates of the SunTrust Bank. As a result of Labaton Sucharow's efforts, the class of Bollinger Industries, Inc. investors, on whose behalf the bank sued, obtained the maximum recovery possible from the individual defendants and a substantial recovery from the underwriter defendants. Notwithstanding a strongly unfavorable trend in the law in the State of Texas, and strong opposition by the remaining accountant firm defendant, Labaton Sucharow has obtained class certification and continues to prosecute the case against that firm.

Among the institutional investor clients Labaton Sucharow represents and advises are:

- Arkansas Teacher Retirement System
- Baltimore County Retirement System
- Bristol County Retirement Board
- California Public Employees' Retirement System
- City of New Orleans Employees' Retirement System
- Connecticut Retirement Plans & Trust Funds
- Division of Investment of the New Jersey Department of the Treasury
- Genesee County Employees' Retirement System
- Illinois Municipal Retirement Fund
- Louisiana Municipal Police Employees' Retirement System
- Teachers' Retirement System of Louisiana
- Macomb County Employees Retirement System
- Metropolitan Atlanta Rapid Transit Authority
- Michigan Retirement Systems
- Middlesex Retirement Board
- Mississippi Public Employees' Retirement System
- New York City Pension Funds
- New York State Common Retirement Fund
- Norfolk County Retirement System
- Office of the Ohio Attorney General and several of its Retirement Systems
- Oklahoma Firefighters Pension and Retirement System
- Plymouth County Retirement System
- Office of the New Mexico Attorney General and several of its Retirement Systems
- Rhode Island State Investment Commission
- San Francisco Employees' Retirement System

- State of Oregon Public Employees' Retirement System
- State of Wisconsin Investment Board
- State-Boston Retirement System
- Steamship Trade Association/International Longshoremen's Association
- Virginia Retirement Systems

## Comments About Our Firm By The Courts

Many federal judges have commented favorably on the Firm's expertise and results achieved in securities class action litigation. Judge John E. Sprizzo complimented the Firm's work in *In re Revlon Pension Plan Litigation*, Civ. No. 91-4996 (JES) (S.D.N.Y.). In granting final approval to the settlement, Judge Sprizzo stated that:

> [t]he recovery is all they could have gotten if they had been successful. I have probably never seen a better result for the class than you have gotten here.

Labaton Sucharow was a member of the executive committee of plaintiffs' counsel in *In re PaineWebber Limited Partnerships Litigation*, Master File No. 94 Civ. 8547 (SHS). In approving a class-wide settlement valued at $200 million, Judge Sidney H. Stein of the Southern District of New York stated:

> The Court, having had the opportunity to observe first hand the quality of class counsel's representation during this litigation, finds that class counsel's representation of the class has been of high caliber in conferences, in oral arguments and in work product.

In *In re Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL No. 888 (E.D. La.), an action in which Labaton Sucharow served on the executive committee of plaintiffs' counsel, Judge Marcel Livaudais, Jr., of the United States District Court for the Eastern District of Louisiana, observed that:

> Counsel were all experienced, possessed high professional reputations and were known for their abilities. Their cooperative effort in efficiently bringing this litigation to a successful conclusion is the best indicator of their experience and ability . . . .

> The executive committee is comprised of law firms with national reputations in the prosecution of securities class action and derivative litigation. The biographical summaries submitted by each member of the executive committee attest to the accumulated experience and record of success these firms have compiled.

In *Rosengarten v. International Telephone & Telegraph Corp.*, Civ. No. 76-1249 (N.D.N.Y.), Judge Morris Lasker noted that the Firm:

> served the corporation and its stockholders with professional competence as well as admirable intelligence, imagination and tenacity.

Judge Lechner, presiding over the $15 million settlement in *In re Computron Software Inc. Securities Class Action Litigation*, Civ. No. 96-1911 (AJL) (D.N.J.), where Labaton Sucharow served as co-lead counsel, commented that:

> I think it's a terrific effort in all of the parties involved . . . , and the co-lead firms . . . I think just did a terrific job. You [co-lead counsel and] Mr. Plasse, just did terrific work in the case, in putting it all together . . . .

In *Middlesex County Retirement System v. Monster Worldwide, Inc.*, No. 07-cv-2237 (S.D.N.Y.), Judge Rakoff appointed Labaton Sucharow as lead counsel, stating that *"the Labaton firm is very well known to courts for the excellence of its representation."*

In addition, Judge Rakoff commented during a final approval hearing that *"the quality of the representation was superb"* and *"[this case is a] good example of how [the] securities class action device serves laudatory public purposes."*

During a fairness hearing in the *In re American Tower Corporation Securities Litigation*, No. 06-CV-10933 (MLW) (D. Mass.), Chief Judge Mark L. Wolf stated:

> [t]he attorneys have brought to this case considerable experience and skill as well as energy. Mr. Goldsmith has reminded me of that with his performance today and he maybe educated me to understand it better.

In *In re Satyam Computer Services Ltd. Securities Litigation*, No. 09-md- 2027 (S.D.N.Y.), Judge Jones commended lead counsel during the final approval hearing noting that the *". . . quality of representation which I found to be very high . . . ."*

In *In re DG Fastchannel, Inc. Securities Litigation*, No. 10 Civ 6523 (RJS), Judge Sullivan remarked in the order granting attorneys' fees and litigation expenses that *"Lead counsel conducted the litigation and achieved the settlement with skillful and diligent advocacy."*

During the final approval hearing in *Bruhl, et al. v. PricewaterhouseCoopers, et al.*, No. 03-23044 (S.D. Fla.), Judge Kenneth Marra stated:

> *I want to thank all of the lawyers for your professionalism. It's been a pleasure dealing with you. Same with my staff. You've been wonderful. The quality of the work was, you know, top notch magnificent lawyering. And I can't say that I'm sad to see the case go, but I certainly look forward to having all of you back in court with me again in some other matters. So thank you again for everything you've done in terms of the way you've handled the case, and I'm going to approve the settlement and the fees.*

## In and Around The Community

As a result of our deep commitment to the community, Labaton Sucharow stands out in areas such as pro bono legal work and public and community service.

### Firm Commitments

**The Lawyers' Committee for Civil Rights Under Law**
Edward Labaton, Member, Board of Directors

The Firm is a long-time supporter of The Lawyers' Committee for Civil rights Under Law, a nonpartisan, nonprofit organization formed in 1963 at the request of President John F. Kennedy. The Lawyer's Committee involves the private bar in providing legal services to address racial discrimination.

Labaton Sucharow attorneys have contributed on the federal level to United States Supreme Court nominee analyses (analyzing nominees for their views on such topics as ethnic equality, corporate diversity and gender discrimination) and national voters' rights initiatives.

*Volunteer Lawyers For The Arts (VLA)*

Labaton Sucharow also supports Volunteer Lawyers for the Arts, working as part of VLA's pro bono team representing low-income artists and nonprofit arts organizations.  VLA is the leading provider of educational and legal services, advocacy and mediation to the arts community.

*Change For Kids*

Labaton Sucharow supports Change for Kids and became its Lead School Partner as a Patron of P.S. 73 in the South Bronx.

## Individual Attorney Commitments

Labaton Sucharow attorneys serve in a variety of pro bono and community service capacities:

- Pro bono representation of mentally ill tenants facing eviction, appointed as Guardian ad litem in several housing court actions.
- Recipient of a Volunteer and Leadership Award from a tenants' advocacy organization for work defending the rights of city residents and preserving their fundamental sense of public safety and home.
- Board Member of the Ovarian Cancer Research Fund – the largest private funding agency of its kind supporting research into a method of early detection and, ultimately, a cure for ovarian cancer.

Our attorneys also participate in many charitable organizations, including:

- Big Brothers/Big Sisters of New York City
- Boys and Girls Club of America
- City Harvest
- City Meals-on-Wheels
- Cycle for Survival
- Cystic Fibrosis Foundation
- Dana Farber Cancer Institute

- Food Bank for New York City
- Fresh Air Fund
- Habitat for Humanity
- Lawyers Committee for Civil Rights
- Legal Aid Society
- The National Lung Cancer Partnership
- National MS Society
- National Parkinson Foundation
- New York Cares
- Peggy Browning Fund
- Sanctuary for Families
- Sandy Hook School Support Fund
- Save the Children
- The Sidney Hillman Foundation
- Special Olympics
- Williams Syndrome Association

## Women's Initiative and Minority Scholarship

Recognizing that opportunities for advancement and collaboration have not always been equitable to women in business, Labaton Sucharow launched its Women's Networking and Mentoring Initiative in 2007. The Firm founded a Women's Initiative to reflect our commitment to the advancement of women professionals. The goal of the Initiative is to bring professional women together to collectively advance women's influence in business. Each event showcases a successful woman role model as a guest speaker. We actively discuss our respective business initiatives and hear the guest speaker's strategies for success. Labaton Sucharow mentors and promotes the professional achievements of the young women in our ranks and others who join us for events. The Firm also is a member of the National Association of Women Lawyers (NAWL). For more information regarding Labaton Sucharow's Women's Initiative, please visit http://www.labaton.com/en/about/women/Womens-Initiative.cfm

Further, demonstrating our commitment to diversity in law and to introduce minority students to Labaton Sucharow, in 2006, we established the Labaton Sucharow Minority Scholarship and Internship. The annual award – a grant and a summer associate position – is presented to a first-year minority student from a metropolitan New York law school who has demonstrated academic excellence, community commitment and personal integrity.

The Firm has also instituted a diversity internship in which we invite two students from Hunter College to join us each summer. These interns are rotated through our various departments, shadowing Firm partners and getting a feel for the inner workings of Labaton Sucharow.

## Attorneys

Among the attorneys at Labaton Sucharow who are involved in the prosecution of securities actions are partners Lawrence A. Sucharow, Martis Alex, Mark S. Arisohn, Dominic J. Auld, Christine S. Azar, Eric J. Belfi, Joel H. Bernstein, Javier Bleichmar, Thomas A. Dubbs, Joseph A. Fonti, Jonathan Gardner, David J. Goldsmith, Louis Gottlieb, James W. Johnson, Christopher J. Keller, Edward Labaton, Christopher J. McDonald, Jonathan M. Plasse, Ira A. Schochet, Michael W. Stocker, Jordan A. Thomas and Stephen W. Tountas; of counsel attorneys Mark S. Goldman, Thomas G. Hoffman, Jr., Richard T. Joffe, Barry M. Okun, Paul J. Scarlato and Nicole M. Zeiss; and associates Jeffrey R. Alexander, Rachel A. Avan, Matthew Belz, Derek I. Cividini, Marisa N. DeMato, David C. Erroll, Eric D. Gottlieb, Serena Hallowell, Cynthia Hanawalt, Claiborne R. Hane, Felicia Mann, Wilson Meeks III, Amy J. Metzger, Angelina Nguyen, Corban S. Rhodes, Michael H. Rogers, Katherine R. Ryan, Kendra Schramm, Irina Vasilchenko, Carol C. Villegas, Ned Weinberger, Elizabeth Rosenberg Wierzbowski and Michael L. Woolley. A short description of the qualifications and accomplishments of each follows.

## Lawrence A. Sucharow, Chairman

*lsucharow@labaton.com*

With nearly four decades of specialized experience, the Firm's Chairman, Lawrence Sucharow is an internationally recognized trial lawyer and a leader of the class action bar. Under his guidance, the Firm has earned its position as one of the top plaintiffs securities and antitrust class action litigation boutiques in the world.  As Chairman, Larry focuses on counseling the Firm's large institutional clients, developing creative and compelling strategies to advance and protect clients' interests, and assist in the prosecution and resolution of many of the Firm's leading cases.

Over the course of his career, Larry has prosecuted hundreds of cases and the Firm has recovered more than $8 billion in groundbreaking securities, antitrust, business transaction, product liability and other class actions.  In fact, a landmark case tried in 2002 – *In re Real Estate Associates Limited Partnership Litigation* – was the very first securities action successfully tried to a jury verdict following the enactment of the Private Securities Litigation Reform Act (PSLRA).  Experience such as this has made Larry uniquely qualified to evaluate and successfully prosecute class actions.

Other representative matters include: *In re CNL Resorts, Inc. Securities Litigation* ($225 million settlement); *In re Paine Webber Incorporated Limited Partnerships Litigation* ($200 million settlement); *In re Prudential Securities Incorporated Limited Partnerships Litigation* ($110 million partial settlement); *In re Prudential Bache Energy Income Partnerships Securities Litigation* ($91 million settlement); and *Shea v. New York Life Insurance Company* (over $92 million settlement).

In recognition of his career accomplishments and standing at the Bar, Larry was selected by *Law360* as one the Ten Most Admired Securities Attorneys in the United States. Further, he is one of a small handful of plaintiffs' securities lawyers in the United States

independently selected by each of *Chambers and Partners USA*, *The Legal 500*, *Benchmark Plaintiff* and *Lawdragon 500* for their respective highest rankings. *Benchmark Plaintiff* reported that he is referred to as a "legend" by his peers, while *Chambers* describes him as "an immensely respected plaintiff advocate" and "renowned figure in the securities plaintiff world…[that] has handled some of the most high-profile litigation in this field." Larry was served a two-year term as President of the National Association of Shareholder and Consumer Attorneys, a membership organization of approximately 100 law firms that practice complex civil litigation including class actions. A longtime supporter of the Federal Bar Council, Larry serves as a trustee of the Federal Bar Council Foundation. He is a member of the Federal Bar Council's Committee on Second Circuit Courts, and the Federal Courts Committee of the New York County Lawyers' Association. He is also a member of the Securities Law Committee of the New Jersey State Bar Association and was the Founding Chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association, a position he held from 1988-1994. In addition, Larry serves on the Advocacy Committee of the World Federation of Investors Corporation, a worldwide umbrella organization of national shareholder associations. In May 2013, Larry was elected Vice Chair of the International Financial Litigation Network, a network of law firms from 15 countries seeking international solutions to cross-border financial problems.

Larry has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory for the past 25 years.

Larry is admitted to practice in the States of New York, New Jersey and Arizona, as well as before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Arizona.

**Martis Alex, Partner**

malex@labaton.com

Martis Alex focuses on prosecuting complex litigation on behalf of domestic and international institutional investors. Martis has extensive experience litigating cases nationwide, including securities class actions as well as product liability and consumer fraud litigation. She has successfully represented investors and consumers in cases that achieved cumulative recoveries of hundreds of millions of dollars for plaintiffs. Martis currently represents several foreign financial institutions, seeking recoveries of more than a billion dollars in losses in their RMBS investments. She also serves as an elected member of the Firm's Executive Committee and Chair of the Firm's Women's Initiative.

One of *Benchmark Litigation*'s Top 250 Women in Litigation, Martis played a key role in litigating *In re American International Group, Inc. Securities Litigation*, recovering more than $1 billion in settlements. She was also an integral part of the team that successfully litigated *In re Bristol-Myers Squibb Securities Litigation*, which resulted in a $185 million settlement for investors and secured meaningful corporate governance reforms that will affect future consumers and investors alike.

Martis was lead trial counsel in the *Napp Technologies Litigation*, where she won substantial recoveries for families and firefighters injured in a chemical plant explosion. She also acted as lead trial counsel and Chair of the Executive Committee in the *Zenith Laboratories Securities Litigation*, a federal securities fraud class action which settled during trial and achieved a significant recovery for investors.

Martis served as co-lead counsel in several securities class actions that achieved substantial awards for investors, including *Cadence Design Securities Litigation*, *Halsey Drug Securities Litigation*, *Slavin v. Morgan Stanley*, *Lubliner v. Maxtor Corp.* and *Baden v. Northwestern Steel and Wire*. She also served on the Executive Committees in national

product liability actions against the manufacturers of breast implants, orthopedic bone screws, and atrial pacemakers, and was a member of the Plaintiffs' Legal Committee in the national litigation against the tobacco companies.

Prior to entering private practice, Martis was a trial lawyer with the Sacramento, California District Attorney's Office. She is a frequent speaker on various legal topics at national conferences and was an invited speaker at the Federal Judicial Conference. She was also an invited participant at the Aspen Institute Justice and Society Seminar and is a recipient of the American College of Trial Lawyers' Award for Excellence in Advocacy.

Martis is admitted to practice in the States of California and New York as well as before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit and the United States District Courts for the Western District of Washington, the Southern, Eastern and Western Districts of New York, and the Central District of California.

## Mark S. Arisohn, Partner

*marisohn@labaton.com*

Mark S. Arisohn concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors. Mark is an accomplished litigator, with nearly 40 years of extensive trial experience in jury and non-jury matters in the state and federal courts nationwide. He has also argued in the New York Court of Appeals, the United States Court of Appeals for the Second Circuit and appeared before the United States Supreme Court in the landmark insider trading case of *Chiarella v. United States.*

Mark's wide-ranging practice has included prosecuting and defending individuals and corporations in cases involving securities fraud, mail and wire fraud, bank fraud and RICO violations. He has represented public officials, individuals and companies in the construction and securities industries as well as professionals accused of regulatory offenses and professional misconduct. He also has appeared as trial counsel for both plaintiffs and

defendants in civil fraud matters and corporate and commercial matters, including shareholder litigation, business torts, unfair competition and misappropriation of trade secrets.

Mark is one of the few litigators in the plaintiffs' bar to have tried two securities fraud class action cases to a jury verdict.

During his impressive career as a trial lawyer, Mark has also authored numerous articles including: "Electronic Eavesdropping," *New York Criminal Practice*, LEXIS - Matthew Bender, 2005; "Criminal Evidence," *New York Criminal Practice*, Matthew Bender, 1986; and "Evidence," *New York Criminal Practice*, Matthew Bender, 1987.

Mark also co-leads Labaton Sucharow's Securities Arbitration pro bono project in conjunction with Brooklyn Law School where he serves as an adjunct professor. Mark, together with Labaton Sucharow associates and Brooklyn Law School students, represents aggrieved and defrauded individual investors who cannot otherwise afford to pay for legal counsel in financial industry arbitration matters against investment advisors and stockbrokers.

Recently, Mark was named to the Recommended List in the field of Securities Litigation by *The Legal 500* and recognized by *Benchmark Plaintiff* as a Securities Litigation Star. He has also received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

Mark is admitted to practice in the State of New York and the District of Columbia as well as before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern, Eastern and Northern Districts of New York, the Northern District of Texas, and the Northern District of California.

## Dominic J. Auld, Partner

*dauld@labaton.com*

Dominic J. Auld has over a decade's worth of experience in prosecuting large-scale securities and investment lawsuits.  He has also worked in the areas of environmental and antitrust litigation.  Dominic is one of the leaders of the Client Monitoring and Case Evaluation Group, working with the team to identify and accurately analyze investment-related matters on behalf of investors potentially damaged by the conduct at issue.  In cases directly involving his buy-side investor clients, he takes an active role in the litigation.  Dominic also leads the International Litigation Practice, in which he develops and manages the Firm's representation of institutional investors in securities and investment-related cases filed outside the United States.  With respect to these roles, Dominic specializes in developing and managing the Firm's outreach to pension systems and sovereign wealth funds outside the United States and in that role he regularly advises clients in Europe, Australia, Asia and across his home country of Canada.

Dominic is a frequent speaker and panelist on topics such as Sovereign Wealth Funds, Corporate Governance, Shareholder Activism, Fiduciary Duty, Corporate Misconduct, SRI, and Class Actions.  As a result of his expertise in these areas, he has become a sought-after commentator for issues concerning public pension funds, public corporations and federal regulations.

Dominic is a regular speaker at law and investment conferences, including most recently the IMF (Australia) Shareholder Class Action Conference in Sydney and the 2011 Annual International Bar Association meeting in Dubai.  Additionally, Dominic is frequently quoted in newspapers such as *The Financial Times*, *The New York Times*, *USA Today*, *The Times of London*, T*he Evening Standard*, *The Daily Mail*, *The Guardian*, and trade publications like *Global Pensions*, *OP Risk and Regulation*, *The Lawyer*, *Corporate Counsel*, *Investments and Pensions Europe*, *Professional Pensions* and *Benefits Canada.*  Recently Dominic

published an article on custodian bank fees and their impacts on pension funds globally in *Nordic Regions Pensions and Investment News* magazine and was interviewed by *Corporate Counsel* for a feature article on rogue trading. Dominic is on the front line of reforming the corporate environment, driving improved accountability and responsibility for the benefit of clients, the financial markets and the public as a whole.

Prior to joining Labaton Sucharow, Dominic practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP, where he began his career as a member of the team responsible for prosecuting the landmark *WorldCom* action which resulted in a settlement of more than $6 billion. He also has a great deal of experience working directly with institutional clients affected by securities fraud; he worked extensively with the Ontario Teachers' Pension Plan in their actions *In re Nortel Networks Corporation Securities Litigation*, *In re Williams Securities Litigation* and *In re Biovail Corporation Securities Litigation* – cases that settled for a total of more than $1.7 billion.

As a law student at Lewis and Clark Law School in Portland, Oregon, Dominic served as a founding member of the law review, *Animal Law*, which explores legal and environmental issues relating to laws such as the Endangered Species Act.

He is admitted to practice in the State of New York.

## Christine S. Azar, Partner

cazar@labaton.com

Christine S. Azar is the Partner in Charge of Labaton Sucharow's Wilmington, Delaware Office. A longtime advocate of shareholders' rights, Christine concentrates her practice on prosecuting complex merger and derivative litigation in the Delaware Court of Chancery and throughout the United States.

In recognition of her many accomplishments, Christine was recently featured on *The National Law Journal*'s Plaintiffs' Hot List, recommended by *The Legal 500* and named a

Securities Litigation Star in Delaware by *Benchmark Plaintiff* as well as one of *Benchmark*'s Top 250 Women in Litigation.

Christine's caseload represents some of the most sophisticated litigation in her field. Currently, she is representing California State Teachers' Retirement System as co-lead counsel in *In re Wal-Mart Derivative Litigation*. The suit alleges that Wal-Mart's board of directors and management breached their fiduciary duties owed to shareholders and the company as well as violated the company's own corporate governance guidelines, anti-corruption policy and statement of ethics. In *In re Freeport-McMoRan Copper & Gold Inc. Derivative Litigation*, Christine represents shareholders in a suit against the current board of directors of Freeport-McMoRan Copper & Gold Inc. in connection with two acquisitions made by Freeport totaling approximately $20 billion. The suit alleges the transactions were tainted because the directors approving them were not independent nor disinterested: half of the Freeport board of directors comprise a majority of the board of directors of the one company (McMoRan Exploration Co.) and a third of McMoRan is owned or controlled by Plains Exploration & Production Co., the other company Freeport plans to acquire.

In recent years, Christine has worked on some of the most groundbreaking cases in the field of merger and derivative litigation. Acting as co-lead counsel in *In re El Paso Corporation Shareholder Litigation*, in the Delaware Court of Chancery in which shareholders alleged that acquisition of El Paso by Kinder Morgan, Inc. was improperly influenced by conflicted financial advisors and management, Christine helped secure an unprecedented $110 million settlement for her clients. In *In re TPC Group Inc. Shareholders Litigation*, Christine served as co-lead counsel for plaintiffs in a shareholder class action that alleged breaches of fiduciary duties by the TPC Group, Inc.'s ("TPC") board of directors and management in connection with the buyout of TPC by two private equity firms. During the course of the litigation shareholders received over $79 million in increased merger consideration. Acting as co-lead counsel in *In re*

*J.Crew Shareholder Litigation*, Christine helped secure a settlement that increased the payment to J.Crew's shareholders by $16 million following an allegedly flawed going-private transaction. Christine also assisted in obtaining $29 million in settlements on behalf of Barnes & Noble investors in *In re Barnes & Noble Stockholders Derivative Litigation* which alleged breaches of fiduciary duties by the Barnes & Noble management and board of directors.

Acting as co-lead counsel in *In re RehabCare Group, Inc. Shareholders Litigation*, Christine was part of the team that structured a settlement that included a cash payment to shareholders as well as key deal reforms such as enhanced disclosures and an amended merger agreement. Representing shareholders in *In re Compellent Technologies, Inc. Shareholder Litigation*, regarding the proposed acquisition of Compellent Technologies Inc. by Dell, Inc., Christine was integral in negotiating a settlement that included key deal improvements including elimination of the "poison pill" and standstill agreement with potential future bidders as well as a reduction of the termination fee amount. In *In re The Student Loan Corporation*, Christine was part of the team that successfully protected the minority shareholders in connection with a complex web of proposed transactions that ran contrary to shareholders' interest by securing a recovery of almost $10 million for shareholders.

Prior to joining Labaton Sucharow, Christine practiced corporate litigation at Blank Rome LLP with a primary focus on disputes related to corporate mismanagement in courts nationwide as well as in the Delaware Court of Chancery. Christine began her career at Grant & Eisenhofer, P.A., where she specialized in the representation of institutional investors in federal and state securities, corporate governance, and breach of fiduciary duty actions. There she served as counsel in *In re Hayes Lemmerz International Bondholder Litigation* and *In re Adelphia Communications Securities Litigation*.

Christine writes regularly on issues of shareholder concern in the national press and is a featured speaker on many topics related to financial reform. Most recently, she authored "Mitigating Risk in a Growing M&A Market," *The Deal*, June 12, 2012 and "Will 'Say on Pay' Votes Prompt Firms to Listen?" *American Banker*, May 1, 2012.

Christine received her J.D. and graduated *cum laude* from University of Notre Dame Law School and received a B.A. from James Madison University.

In addition to her active legal practice, Christine serves as a Volunteer Guardian Ad Litem in the Office of the Child Advocate. In this capacity, she has represented children in foster care in the state of Delaware to ensure the protection of their legal rights.

Christine is admitted to practice in the States of Delaware, New Jersey and Pennsylvania as well as before the United States Court of Appeals for the Third Circuit and the United States District Courts for the District of Delaware, the District of New Jersey, and the Eastern District of Pennsylvania.

## Eric J. Belfi, Partner

*ebelfi@labaton.com*

Representing many of the world's leading pension funds and other institutional investors, Eric J. Belfi concentrates his practice on securities and shareholder litigation. Eric is an accomplished litigator with a wealth of experience in a broad range of commercial matters. He also serves on the Firm's Executive Committee.

Eric is an integral member of numerous high-profile securities cases that have risen from the credit crisis, including the prosecution against Goldman Sachs. In *In re Goldman Sachs Group, Inc Securities Litigation*, he played a significant role in the investigation and drafting of the operative complaint.

Eric has had pivotal roles in securing settlements in international cases that serve as models for the application of U.S. securities law to international entities. In a case involving

one of the most egregious frauds on record, *In re Satyam Computer Securities Services Ltd. Securities Litigation*, Eric was a key member of the team that represented the UK-based Mineworkers' Pension Scheme. He helped to successfully secure $150.5 million in collective settlements and established that Satyam misrepresented the company's earnings and assets. Representing two of Europe's leading pension funds, Deka Investment GmbH and Deka International S.A., Luxembourg, in *In re General Motors Corp. Securities Litigation*, Eric was integral in securing a $303 million settlement in a case regarding multiple accounting manipulations and overstatements by General Motors. Eric was also actively involved in securing a $10.5 million partial settlement in *In re Colonial BancGroup, Inc. Securities Litigation*, regarding material misstatements and omissions in SEC filings by Colonial BancGroup and certain underwriters. Currently, Eric is representing pension funds in a European litigation against Vivendi.

Eric's leadership in the Financial Products & Services Litigation Practice allows Labaton Sucharow to uncover and prosecute malfeasant investment bankers in cutting-edge securities litigations. He is currently litigating two cases which arose out of deceptive practices by custodial banks relating to certain foreign currency transactions; he serves as lead counsel to Arkansas Teachers Retirement System in a class action against the State Street Corporation and certain affiliated entities and he is also representing the Commonwealth of Virginia in its False Claims Act case against Bank of New York Mellon, Inc.

Eric's M&A and derivative experience includes noteworthy cases such as *In re NYSE Euronext Shareholder Litigation* and *In re Medco Health Solutions Inc. Shareholders Litigation*. In the *NYSE Euronext* shareholder case, Eric was a key member of the team that secured a proposed settlement which would have provided a special dividend of nearly a billion dollars to NYSE shareholders if the transaction was completed. In the Medco/Express Script merger,

Eric was integrally involved in the negotiation of the settlement which included a significant reduction in the Termination Fee.

Eric's prior experience included serving as an Assistant Attorney General for the State of New York and as an Assistant District Attorney for the County of Westchester. As a prosecutor, Eric investigated and prosecuted white-collar criminal cases, including many securities law violations. He presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials.

Eric is a frequent speaker on the topic of shareholder litigation and U.S. class actions in European countries. He also participated in a panel discussion on socially responsible investments for public pension funds during the New England Public Employees' Retirement Systems Forum. He co-authored "The Proportionate Trading Model: Real Science or Junk Science?" 52 *Cleveland St. L. Rev.* 391 (2004-05) and "International Strategic Partnerships to Prosecute Securities Class Actions," *Investment & Pensions Europe*, May 2006.

Eric is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan, the District of Colorado, the District of Nebraska, and the Eastern District of Wisconsin.

## Joel H. Bernstein, Partner

*jbernstein@labaton.com*

With more than 35 years of experience in complex litigation, Joel H. Bernstein concentrates his practice on the protection of investors who have been victimized by securities fraud and breach of fiduciary duty. His significant expertise in the area of shareholder litigation has resulted in the recovery of more than a billion dollars in damages to wronged investors.

As a recognized leader in his field, Joel advises large public pension funds, banks, mutual funds, insurance companies, hedge funds and other institutional and individual investors with respect to securities-related litigation in the federal and state courts as well as in arbitration proceedings before the NYSE, FINRA and other self-regulatory organizations.

Joel heads up the Firm's RMBS (Residential Mortgage-Backed Securities) team, representing large domestic and foreign institutional investors that invested more than $5 billion in failed investments, which were at the heart of the current global economic crisis.  The RMBS team is comprised of more than 20 attorneys and is currently prosecuting over 50 separate matters.  Joel has developed significant experience with RMBS-related matters and served as lead counsel for one of the most prototypical cases arising from the financial crisis, *In re Countrywide Corporation Securities Litigation.*  In this matter, he obtained a settlement of $624 million for co-lead plaintiffs, New York State Common Retirement Fund and the New York City Pension Funds.

Joel was lead counsel to a class of investors in Massey Energy Corporation stemming from the horrific 2010 mining disaster at the Company's Upper Big Branch coal mine, which resulted in the Firm obtaining a $265 million all-cash settlement with Alpha Natural Resources, Massey's parent company.  Joel is also currently litigating two cases which arose out of deceptive practices by custodial banks relating to certain foreign currency transactions; he serves as lead counsel to Arkansas Teachers Retirement System in a class action against the State Street Corporation and certain affiliated entities and he is also representing the Commonwealth of Virginia in its False Claims Act case against Bank of New York Mellon, Inc.

In the past, Joel has played a central role in numerous high profile cases including: *In re Paine Webber Incorporated Limited Partnerships Litigation* ($200 million settlement); *In re Prudential Securities Incorporated Limited Partnerships Litigation* ($130 million settlement); *In re Prudential Bache Energy Income Partnerships Securities Litigation* ($91 million settlement);

*Shea v. New York Life Insurance Company* ($92 million settlement); and *Saunders et al. v. Gardner* ($10 million—the largest punitive damage award in the history of the NASD at that time).  In addition, Joel was instrumental in securing a $117.5 million settlement in *In re Mercury Interactive Securities Litigation*, the largest settlement at the time in a securities fraud litigation based upon options backdating.

Joel also co-leads Labaton Sucharow's Securities Arbitration pro bono project in conjunction with Brooklyn Law School where he serves as an adjunct professor.  Joel, together with Labaton Sucharow associates and Brooklyn Law School students, represents aggrieved and defrauded individual investors who cannot otherwise afford to pay for legal counsel in financial industry arbitration matters against investment advisors and stockbrokers.

Given his depth of experience, Joel is frequently sought out by the press to comment on securities law and has also authored numerous articles on related issues, including "Stand Up to Your Stockbroker, Your Rights As An Investor."  He is a member of the American Bar Association and the New York County Lawyers' Association.

Joel was recognized by *The Legal 500* in the Recommended List in the field of Securities Litigation, where he was described by sources as a "formidable adversary," and by *Benchmark Plaintiff* as a Securities Litigation Star.  He was also featured in *The AmLaw Litigation Daily* as Litigator of the Week on May 13, 2010 for his work on *In re Countrywide Financial Corporation Securities Litigation*.  Joel has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the United States Courts of Appeals for the First, Second, Third and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York.  He is a member of the American Bar Association and the New York County Lawyers' Association.

## Javier Bleichmar, Partner

*jbleichmar@labaton.com*

Javier Bleichmar focuses on prosecuting complex securities fraud cases on behalf of institutional investors. Most recently, Javier has been leading the team in the *MF Global Holdings Limited Securities Litigation* on behalf of Alberta Investment Management Co. against MF Global's directors, officers and underwriters in connection with the company's dramatic bankruptcy. The District Court recently sustained all claims in their entirety in a resounding victory for plaintiffs. He also represents the Employees' Retirement System of the State of Hawaii in *In re Intuitive Surgical Securities Litigation.*

In recent years, Javier has also played a significant role in several high-profile cases at the center of the global financial crisis. He is responsible for prosecuting the shareholder suit against Morgan Stanley, relating to the bank's multi-billion trading loss on its sub-prime mortgage bets. He played a key role in litigating *In re Bear Stearns Companies, Inc. Securities Litigation* where the Firm secured a $275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor. He also has been active in Labaton Sucharow's prosecution of claims on behalf of domestic and international private-sector investors with more than $5 billion of residential mortgage-backed securities (RMBS).

Javier has been successful as an appellate advocate, prevailing before the Eighth Circuit Court of Appeals in *Public Pension Fund Group v. KV Pharmaceutical, Co.* The Eighth Circuit reversed an earlier dismissal and clarified the standard governing pharmaceutical companies' disclosures relating to FDA notifications.

Javier is very active in educating international institutional investors on developing trends in the law, particularly the ability of international investors to participate in securities class actions in the United States. Through these efforts, many of Javier's international clients were able to join the organization representing investors (i.e., the Foundation) in the first

securities class action settlement under a then-recently enacted Dutch statute against Royal Dutch Shell.  He also is an active member of the National Association of Public Pension Plan Attorneys (NAPPA).

Prior to joining Labaton Sucharow, Javier practiced at Bernstein Litowitz Berger & Grossmann LLP where he also prosecuted securities class actions.  He was actively involved in *In re Williams Securities Litigation*, which resulted in a $311 million settlement, as well as securities cases involving Lucent Technologies, Inc., Conseco, Inc. and Biovail Corp.

During his time at Columbia Law School, he was Managing Editor of the *Journal of Law and Social Problems*.  Additionally, he was a Harlan Fiske Stone Scholar.  As a law student, Javier served as a law clerk to the Honorable Denny Chin, United States District Court Judge for the Southern District of New York.  Javier received his B.A. in Economics from the University of Pennsylvania.

Javier is a native Spanish speaker and fluent in French.

Javier is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Eighth, Ninth, Tenth and Eleventh Circuits and the United States District Courts for the Southern and Eastern Districts of New York.

### Thomas A. Dubbs, Partner

*tdubbs@labaton.com*

A recognized leader in securities-related litigation, Thomas A. Dubbs concentrates his practice on the representation of institutional investors in securities cases.

Tom has served as lead or co-lead counsel in some of the most important federal securities class actions in recent years, including those against American International Group, Goldman Sachs, the Bear Stearns Companies, Facebook, Fannie Mae, Broadcom and WellCare. Tom has also played an integral role in securing significant settlements in several

high-profile cases including: *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion); *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor); *In re HealthSouth Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al.* (*WellCare Securities Litigation*) (over $200 million settlement); *In re Broadcom Corp. Securities Litigation* ($160.5 million settlement with Broadcom, plus $13 million settlement with Ernst & Young LLP, Broadcom's outside auditor); *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement).

Representing an affiliate of the Amalgamated Bank, the largest labor-owned bank in the United States, a team led by Tom successfully litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms. He has argued before the United States Supreme Court and has argued ten appeals dealing with securities or commodities issues before the United States Courts of Appeals.

Due to his well-known expertise in securities law, Tom frequently lectures to institutional investors and other groups such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems and the Council of Institutional Investors. He is also a prolific author of articles related to his field. His publications include: "Shortsighted?," *Investment Dealers' Digest*, May 29, 2009; "A Scotch Verdict on 'Circularity' and Other Issues," *2009 Wis. L. Rev.* 455 (2009); and "Textualism and Transnational Securities Law: A Reappraisal of Justice Scalia's Analysis in Morrison v. National Australia Bank," *Southwestern Journal of International Law* (2014). He has also written several columns in UK-wide publications regarding securities class action and corporate governance. He is the co-author of the following articles: "In Debt Crisis, An Arbitration Alternative," *The*

*National Law Journal*, March 16, 2009; "The Impact of the LaPerriere Decision: Parent Companies Face Liability," *Directors Monthly*, February 1, 2009; "Auditor Liability in the Wake of the Subprime Meltdown," *BNA's Accounting Policy & Practice Report*, November 14, 2009; and "U.S. Focus: Time for Action," *Legal Week*, April 17, 2008.

Prior to joining Labaton Sucharow, Tom was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated where he represented the company in many class actions, including the First Executive and Orange County litigations and was first chair in many securities trials. Before joining Kidder, Tom was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters including the Petro Lewis and Baldwin-United class action litigations.

Tom has been recognized as a leading securities class action attorney, receiving the highest ranking from *Chambers and Partners*—an honor he shares with only three other plaintiffs' securities lawyers in the country—and being one of eight U.S. plaintiffs' securities attorneys to be named a Leading Lawyer by *The Legal 500*. In 2012, *Law360* named him "MVP of the Year" for distinction in class action litigation. He has also been recognized by *The National Law Journal*, *Lawdragon 500* and *Benchmark Plaintiff* as a Securities Litigation Star. Tom has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is a member of the New York State Bar Association, the Association of the Bar of the City of New York and is a Patron of the American Society of International Law. He also is a member of the American Law Institute and was a member of the Members Consultative Group for the Principles of the Law of Aggregate Litigation and the Department of State Advisory Committee on Private International Law.

Tom is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Ninth and Eleventh Circuits, and the United States District Court for the Southern District of New York.

## Joseph A. Fonti, Partner

*jfonti@labaton.com*

Joseph A. Fonti concentrates his practice on prosecuting complex securities and investment-related matters on behalf of institutional investors.

Joseph's client commitment, advocacy skills and results have earned him recognition as a *Law360* "Rising Star."  He was one of only five securities lawyers in the country—and the only investor-side securities litigator—to receive the distinction.

Most recently, Joseph was lead trial lawyer on behalf of shareholders of Computer Science Corp. in the Eastern District of Virginia— the "Rocket Docket."  After prevailing at class certification and only four weeks before trial, Joseph and his team secured a $97.5 million settlement—the second largest cash securities settlement in Rocket Docket history.

In recent years, Joseph played a significant role in several high-profile cases at the center of the global financial crisis.  For instance, he is responsible for prosecuting the shareholder suit against Morgan Stanley, relating to the bank's multimillion trading loss on its subprime mortgage bets.  He is also active in the prosecution of claims on behalf of domestic and international private-sector investors in over $5 billion of residential mortgage-backed securities (RMBS).

With over a decade of experience in investor litigation, Joseph's career is marked by notable success in the area of auditor liability and stock options backdating.  He represented shareholders in the $671 million recovery in *In re HealthSouth Securities Litigation*. Particularly, Joseph played a significant role in recovering $109 million from HealthSouth's outside auditor Ernst & Young LLP, one of the largest recoveries to date against an auditing

firm.  He also contributed to securing a $173.5 million settlement in *In re Broadcom Corp. Securities Litigation*, which, at the time, was the second largest cash settlement involving a company accused of options backdating.  This was the only such case in which claims against the auditors were sustained.

In addition to representing several of the most significant U.S. institutional investors, Joseph has represented a number of Canada's most significant pension systems.  He also led the prosecution of *In re NovaGold Resources Inc. Securities Litigation*, which resulted in the largest settlement under Canada's securities class action laws.

Additionally, Joseph has achieved notable success as an appellate advocate.  He successfully argued before the Second Circuit Court of Appeals in *In re Celestica Inc. Securities Litigation*.  The Second Circuit reversed an earlier dismissal, and turned the tide of recent decisions by realigning pleading standards in favor of investors.  Joseph was also instrumental in the advocacy before the Ninth Circuit Court of Appeals in the *In re Broadcom Corp. Securities Litigation*.  This appellate victory marked the first occasion a court sustained allegations against an outside auditor related to options backdating.

Prior to joining the Firm, Joseph practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP.  He began his legal career at Sullivan & Cromwell, where he represented Fortune 100 corporations and financial institutions in complex securities litigation and in multifaceted SEC investigations and at trial.

Joseph is a member of the ABA, the NY State Bar Association and the Association of the Bar of the City of New York.

Joseph is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

## Jonathan Gardner, Partner

*jgardner@labaton.com*

Jonathan Gardner's practice focuses on prosecuting complex securities fraud cases on behalf of institutional investors. An experienced litigator, he has played an integral role in securing some of the largest class action recoveries against corporate offenders since the onset of the global financial crisis.

Jonathan has led the Firm's representation of investors in many recent high-profile cases including *Rubin v. MF Global Ltd., et al.*, which involved allegations of material misstatements and omissions in a Registration Statement and Prospectus issued in connection with MF Global's IPO in 2007. In November 2011, the case resulted in a recovery of $90 million for investors. Jonathan also represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements totaling exceeindg $600 million against Lehman Brothers' former officers and directors, Lehman's former public accounting firm as well as the banks that underwrote Lehman Brothers' offerings. In representing lead plaintiff Massachusetts Bricklayers and Masons Trust Funds in an action against Deutsche Bank, Jonathan secured a $32.5 million dollar recovery for a class of investors injured by the Bank's conduct in connection with certain residential mortgage-backed securities.

Most recently, Jonathan was the lead attorney in several matters that resulted in significant recoveries for injured class members, including: *In re Hewlett-Packard Company Securities Litigation*, resulting in a $57 million recovery (pending court approval); *In re Carter's Inc. Securities Litigation* resulting in a $23.3 million recovery against Carter's and certain of its officers as well as PricewaterhouseCoopers, its auditing firm; *In re Lender Processing Services Inc.*, involving claims of fraudulent mortgage processing which resulted in a $13.1 million

recovery; *In re Aeropostale Inc. Securities Litigation*, resulting in a $15 million recovery; and *In re K-12, Inc. Securities Litigation*, resulting in a $6.75 million recovery.

Jonathan has also been responsible for prosecuting several of the Firm's options backdating cases, including *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement); *In re SafeNet, Inc. Securities Litigation* ($25 million settlement); *In re Semtech Securities Litigation* ($20 million settlement); and *In re MRV Communications, Inc. Securities Litigation* ($10 million settlement).  He also was instrumental in *In re Mercury Interactive Corp. Securities Litigation*, which settled for $117.5 million, one of the largest settlements or judgments in a securities fraud litigation based upon options backdating.

Jonathan also represented the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in actions against the Fund's former independent auditor and a member of the Fund's general partner as well as numerous former limited partners who received excess distributions.  He successfully recovered over $5.2 million for the Successor Liquidating Trustee from the limited partners and $29.9 million from the former auditor.

Jonathan is the co-author of "Does 'Dukes' Require Full 'Daubert' Scrutiny at Class Certification," *New York Law Journal*, November 25, 2011 and "Pre-Confirmation Remedies to Assure Collection of Arbitration Rewards," *New York Law Journal*, October 12, 2010.

He is a member of the New York State Bar Association and the Association of the Bar of the City of New York.

Jonathan is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Ninth and Eleventh Circuits and the United States District Courts for the Southern and Eastern Districts of New York, and the Eastern District of Wisconsin.

## David J. Goldsmith, Partner

dgoldsmith@labaton.com

David J. Goldsmith has 15 years of experience representing public and private institutional investors in a wide variety of securities and class action litigations.  In recent years, David's work has directly led to record recoveries against corporate offenders in some of the most complex and high profile securities class actions.

In June 2013, David was one of a select number of partners individually "recommended" by *The Legal 500* as part of the Firm's recognition as one of the three top-tier plaintiffs' firms in securities class action litigation.

David was an integral member of the team representing the New York State Common Retirement Fund and New York City pension funds as lead plaintiffs in *In re Countrywide Financial Corporation Securities Litigation*, which settled for $624 million.  David successfully represented these clients in an appeal brought by Countrywide's 401(k) plan in the Ninth Circuit concerning complex settlement allocation issues.

Current assignments include representations of a large German banking institution and a major Irish special-purpose vehicle in multiple actions alleging fraud in connection with residential mortgage-backed securities issued by Barclays, Credit Suisse, Goldman Sachs, Royal Bank of Scotland and others; representation of a state pension fund in a notable action alleging deceptive acts and practices by State Street Bank in connection with foreign currency exchange trades executed for its custodial clients; and representation of a hedge fund and other investors with allegations of harm by the well-publicized collapse of four Regions Morgan Keegan closed-end investment companies.

David has regularly represented the Genesee County (Michigan) Employees' Retirement System in securities and shareholder matters, including settled actions against CBeyond, Inc., Compellent Technologies, Inc., Spectranetics Corporation, and Transaction Systems Architects, Inc.

During law school, David was Managing Editor of the *Cardozo Arts & Entertainment Law Journal* and served as a judicial intern to the Honorable Michael B. Mukasey, then a United States District Judge for the Southern District of New York.

For many years, David has been a member of the AmorArtis Chamber Choir, a renowned choral organization with a repertoire ranging from Palestrina to Bach, Mozart to Bruckner, and Stravinsky to Bernstein.

He is admitted to practice in the States of New York and New Jersey as well as before the United States Courts of Appeals for the First, Second, Fifth, Eighth and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the District of Colorado, and the Western District of Michigan.

## Louis Gottlieb, Partner

lgottlieb@labaton.com

Louis Gottlieb concentrates his practice on representing institutional and individual investors in complex securities and consumer class action cases. He has played a key role in some of the most high-profile securities class actions in recent history, securing significant recoveries for plaintiffs and ensuring essential corporate governance reforms to protect future investors, consumers and the general public.

Lou was integral in prosecuting *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion pending final court approval). He also helped lead major class action cases against the company and related defendants in *In re Satyam Computer Services, Ltd. Securities Litigation* ($150.5 million settlement). He has led successful litigation teams in securities fraud class action litigations against Metromedia Fiber Networks and Pricesmart, as well as consumer class actions against various life insurance companies on behalf of the insured.

In the Firm's representation of the Connecticut Retirement Plans and Trust Funds in *In re Waste Management, Inc. Securities Litigation*, Lou's efforts were essential in securing a $457 million settlement. The settlement also included important corporate governance enhancements, including an agreement by management to support a campaign to obtain shareholder approval of a resolution to declassify its board of directors, and a resolution to encourage and safeguard whistleblowers among the company's employees. Acting on behalf of New York City pension funds in *In re Orbital Sciences Corporation Securities Litigation,* Lou helped negotiate the implementation of measures concerning the review of financial results, the composition, role and responsibilities of the Company's Audit and Finance committee, and the adoption of a Board resolution providing guidelines regarding senior executives' exercise and sale of vested stock options.

Lou was a leading member of the team in the *Napp Technologies Litigation* that won substantial recoveries for families and firefighters injured in a chemical plant explosion. Lou has had a major role in national product liability actions against the manufacturers of orthopedic bone screws and atrial pacemakers, and in consumer fraud actions in the national litigation against tobacco companies.

A well-respected litigator, Lou has made presentations on punitive damages at Federal Bar Association meetings and has spoken on securities class actions for institutional investors.

Lou brings a depth of experience to his practice from both within and outside of the legal sphere. He graduated first in his class from St. John's School of Law. Prior to joining Labaton Sucharow, he clerked for the Honorable Leonard B. Wexler of the Eastern District of New York, and he was a litigation associate with Skadden Arps Slate Meagher & Flom. He has also enjoyed successful careers as a public school teacher and as a restauranteur.

Lou is admitted to practice in the States of New York and Connecticut as well as before the United States Courts of Appeals for the Fifth and Seventh Circuits and the United States District Courts for the Southern and Eastern Districts of New York.

## James W. Johnson, Partner

*jjohnson@labaton.com*

James W. Johnson concentrates his practice on complex securities fraud cases. In representing investors who have been victimized by securities fraud and breach of fiduciary responsibility, Jim's advocacy has resulted in record recoveries for wronged investors.

A recognized leader in his field, Jim currently serves as lead or co-lead counsel in high-profile federal securities class actions against Goldman Sachs Group and the Bear Stearns Companies, among others.

In recent years, Jim has successfully litigated a number of complex securities and RICO class actions including: *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor; pending court approval); *In re HealthSouth Corp. Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al. (WellCare Securities Litigation)* ($200 million settlement); *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement); *In re Bristol Myers Squibb Co. Securities Litigation* ($185 million settlement), in which the court also approved significant corporate governance reforms and recognized plaintiff's counsel as "extremely skilled and efficient"; and *In re National Health Laboratories, Inc. Securities Litigation*, which resulted in a recovery of $80 million in the federal action and a related state court derivative action.

In *County of Suffolk v. Long Island Lighting Co.*, Jim represented the plaintiff in a RICO class action, securing a jury verdict after a two-month trial that resulted in a $400 million settlement. The Second Circuit, in awarding attorneys' fees to the plaintiff, quoted the trial

judge, Honorable Jack B. Weinstein, as stating, "counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried." On behalf of Native Americans, he also assisted in prosecuting environmental damage claims resulting from the Exxon Valdez oil spill.

He is the co-author of "The Impact of the LaPerrierre Decision: Parent Companies Face Liability," *Directors Monthly*, February 2009.

Jim is a member of the American Bar Association and the Association of the Bar of the City of New York, where he served on the Federal Courts Committee.

Jim has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory. He is a Fellow in the Litigation Council of America.

He is admitted to practice in the States of New York and Illinois as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Seventh and Eleventh Circuits, and the United States District Courts for the Southern, Eastern and Northern Districts of New York, and the Northern District of Illinois.

## Christopher J. Keller, Partner

*ckeller@labaton.com*

Christopher J. Keller concentrates his practice in sophisticated complex securities litigation. His clients are institutional investors, including some of the world's largest public and private pension funds with tens of billions of dollars under management.

Described by *The Legal 500* as a "sharp and tenacious advocate" who "has his pulse on the trends," Chris has been instrumental in the Firm's appointments as lead counsel in some of the largest securities matters arising out of the financial crisis, such as actions against Morgan Stanley, Fannie Mae, Goldman Sachs, Countrywide ($624 million settlement) and Bear Stearns ($275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor).

Chris has also been integral in the prosecution of traditional fraud cases such as *In re MF Global Securities Litigation*; *In re Schering-Plough Corporation / ENHANCE Securities Litigation*; *In re Massey Energy Co. Securities Litigation*, where the Firm obtained a $265 million all-cash settlement with Alpha Natural Resources, Massey's parent company; as well as *In re Satyam Computer Services, Ltd. Securities Litigation*, where the Firm obtained a settlement of more than $150 million.  Chris was also a principal litigator on the trial team of *In re Real Estate Associates Limited Partnership Litigation*.  The six-week jury trial resulted in a $184 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the Private Securities Litigation Reform Act.

In addition to his active caseload, Chris holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee.  In response to the evolving needs of our clients, Chris also established, and currently leads, the Case Evaluation Group, which is comprised of attorneys, in-house investigators, financial analysts and forensic accountants.  The Group is responsible for evaluating clients' financial losses and analyzing their potential legal claims both in and outside of the U.S. and track trends that are of potential concern to investors.

Educating institutional investors is a significant element of Chris' advocacy efforts for shareholder rights.  He is regularly called upon for presentations on developing trends in the law and new case theories at annual meetings and seminars for institutional investors. He is also a prolific writer and his articles include: "The Benefits of Investor Protection," *Law360*, October 11, 2011; "SEC Contemplating Governance Reforms," *Executive Counsel*, January 2011; "Is the Shield Beginning to Crack?," *New York Law Journal*, November 15, 2010; "Say What? Pay What? Real World Approaches to Executive Compensation Reform," *Corporate Counsel*, August 5, 2010; "Reining in the Credit Ratings Industry," *New York Law Journal*, January 11, 2010; "Japan's Past Recession Provides a Cautionary Tale," *The National Law*

*Journal*, April 13, 2009; and "Balancing the Scales: The Use of Confidential Witnesses in Securities Class Actions," BNA's *Securities Regulation & Law Report*, January 19, 2009.

He is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association.

He is admitted to practice in the State of New York as well as before the Supreme Court of the United States and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, and the District of Colorado.

## Edward Labaton, Partner

*elabaton@labaton.com*

An accomplished trial lawyer and partner with the Firm, Edward Labaton has devoted 50 years of practice to representing a full range of clients in class action and complex litigation matters in state and federal court. Ed has played a leading role as plaintiffs' class counsel in a number of successfully prosecuted, high-profile cases, involving companies such as PepsiCo, Dun & Bradstreet, Financial Corporation of America, ZZZZ Best, Revlon, GAF Co., American Brands, Petro Lewis and Jim Walter, as well as several Big Eight (now Four) accounting firms. He has also argued appeals in state and federal courts, achieving results with important precedential value.

Ed has been President of the Institute for Law and Economic Policy (ILEP) since its founding in 1996. Each year, the Institute co-sponsors at least one symposium with a major law school dealing with issues relating to the civil justice system. In 2010, he was appointed to the newly formed Advisory Board of George Washington University's Center for Law, Economics, & Finance (C-LEAF), a think tank within the Law School, for the study and debate of major issues in economic and financial law confronting the United States and the globe. Ed is also a member of the Advisory Committee of the Weinberg Center for Corporate Governance of the University of Delaware, an Honorary Lifetime Member of the Lawyers'

Committee for Civil Rights under Law, a member of the American Law Institute, and a life member of the ABA Foundation.  In addition, he has served on the Executive Committee and has been an officer of the Ovarian Cancer Research Fund since its inception in 1996.

Ed is the past Chairman of the Federal Courts Committee of the New York County Lawyers Association, and was a member of the Board of Directors of that organization.  He is an active member of the Association of the Bar of the City of New York, where he was Chair of the Senior Lawyers' Committee and served on its Task Force on the Role of Lawyers in Corporate Governance.  He has also served on its Federal Courts, Federal Legislation, Securities Regulation, International Human Rights and Corporation Law Committees.  He also served as Chair of the Legal Referral Service Committee, a joint committee of the New York County Lawyers' Association and the Association of the Bar of the City of New York.  He has been an active member of the American Bar Association, the Federal Bar Council and the New York State Bar Association, where he has served as a member of the House of Delegates.

Ed is the co-author of "It's Time to Resuscitate the Shareholder Derivative Action," *The Panic of 2008: Causes, Consequences, and Implications for Reform*, Lawrence Mitchell and Arthur Wilmarth, Jr., eds., (Edward Elgar, 2010).  For more than 30 years, he has lectured on many topics including federal civil litigation, securities litigation and corporate governance.

Ed has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fifth, Sixth, Seventh, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, and the Central District of Illinois.

## Christopher J. McDonald, Partner

*cmcdonald@labaton.com*

Christopher J. McDonald concentrates his practice on prosecuting complex securities fraud cases.  Chris also works with the Firm's Antitrust & Competition Litigation Practice, representing businesses, associations and individuals injured by anticompetitive activities and unfair business practices.

In the securities field, Chris is currently lead counsel in *In re Amgen Inc. Securities Litigation*. Most recently, he was co-lead counsel in *In re Schering-Plough Corporation / ENHANCE Securities Litigation*, which resulted in a $473 million settlement, one of the largest securities class action settlement ever against a pharmaceutical company and among the ten largest recoveries ever in a securities class action that did not involve a financial reinstatement. He was also an integral part of the team that successfully litigated *In re Bristol-Myers Squibb Securities Litigation*, where Labaton Sucharow secured a $185 million settlement, as well as significant corporate governance reforms, on behalf of Bristol-Myers shareholders.

In the antitrust field, Chris was most recently co-lead counsel in *In re TriCor Indirect Purchaser Antitrust Litigation*, obtaining a $65.7 million settlement on behalf of the class.

Chris began his legal career at Patterson, Belknap, Webb & Tyler LLP, where he gained extensive trial experience in areas ranging from employment contract disputes to false advertising claims.  Later, as a senior attorney with a telecommunications company, Chris advocated before government regulatory agencies on a variety of complex legal, economic, and public policy issues.  Since joining Labaton Sucharow, Chris' practice has developed a focus on life sciences industries; his cases often involve pharmaceutical, biotechnology or medical device companies accused of wrongdoing.

During his time at Fordham University School of Law, Chris was a member of the *Law Review*.  He is currently a member of the New York State Bar Association and the Association of the Bar of the City of New York.

Chris is admitted to practice in the State of New York as well as before the United States Courts of Appeals for the Second, Third and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, and the Western District of Michigan.

## Jonathan M. Plasse, Partner

*jplasse@labaton.com*

An accomplished litigator, Jonathan M. Plasse has more than 30 years of experience in the prosecution of complex cases involving securities class action, derivative, transactional and consumer litigation.  He has played a key role in litigating many of the most high-profile securities class actions ever filed including architecting significant settlements and aggressive corporate governance reforms to protect the public and investors alike.  Currently, he is prosecuting securities class actions against Fannie Mae and Morgan Stanley.

Most recently, Jon served as lead counsel in two related securities class actions brought against Oppenheimer Funds, Inc., and obtained a $100 million global settlement.  Jon was also an integral member of the team representing the New York State Common Retirement Fund and the New York City pension funds as lead plaintiffs in *In re Countrywide Financial Corporation Securities Litigation.*  The $624 million settlement was the largest securities fraud settlement at the time.  His other recent successes include serving as co-lead counsel in *In re General Motors Corp. Securities Litigation* ($303 million settlement) and *In re El Paso Corporation Securities Litigation* ($285 million settlement).  Jon also acted as lead counsel in *In re Waste Management Inc. Securities Litigation*, where he represented the Connecticut Retirement Plans and Trusts Funds, and obtained a settlement of $457 million.

Jon has previously served as the Chair of the Securities Litigation Committee of the Association of the Bar of the City of New York.  In addition, he also regularly chairs and is a frequent speaker at programs, classes and continuing legal education seminars relating to securities class action litigation.

During his time at Brooklyn Law School, Jon served as a member of the *Brooklyn Journal of International Law*.  An avid photographer, Jon has published three books, including *The Stadium*, a collection of black-and-white photographs of the original Yankee Stadium, released by SUNY Press in September 2011.

Jon has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Second, Sixth, and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, and the District of Colorado.

**Ira A. Schochet, Partner**

*ischochet@labaton.com*

A seasoned litigator with three decades of experience, Ira A. Schochet concentrates his practice on class actions involving securities fraud.  Ira has played a lead role in securing multi-million dollar recoveries and major corporate governance reforms in high-profile cases such as those against Countrywide Financial, Boeing, Massey Energy, Caterpillar, Spectrum Information Technologies, InterMune and Amkor Technology.

A longtime leader in the securities class action bar, Ira represented one of the first institutional investors acting as a lead plaintiff in a post-Private Securities Litigation Reform Act case and ultimately obtained one of the first rulings interpreting the statute's intent provision in a manner favorable to investors.  His efforts are regularly recognized by the courts, including in *Kamarasy v. Coopers & Lybrand*, where the court remarked on "the superior

quality of the representation provided to the class."  Further, in approving the settlement he achieved in *In re InterMune Securities Litigation*, the court complimented Ira's ability to secure a significant recovery for the class in a very efficient manner, shielding the class from prolonged litigation and substantial risk.

From 2009-2011, Ira served as President of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice class action and complex civil litigation.  During this time, he represented the plaintiffs' securities bar in meetings with members of Congress, the Administration, and the SEC.

From 1996 through 2012, Ira served as chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association.  During his tenure, he has served on the Executive Committee of the Section and authored important papers on issues relating to class action procedure including revisions proposed by both houses of Congress and the Advisory Committee on Civil Procedure of the United States Judicial Conference.  Examples include: "Proposed Changes in Federal Class Action Procedure"; "Opting Out On Opting In" and "The Interstate Class Action Jurisdiction Act of 1999."  He also has lectured extensively on securities litigation at continuing legal education seminars.

Ira was featured in *The AmLaw Litigation Daily* as Litigator of the Week on September 13, 2012 for his work in *In re El Paso Corporation Shareholder Litigation*, an action alleging breach of fiduciary duties in connection with a merger transaction, resulting in a settlement providing a $110 million recovery for a class of shareholders.  He has also been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York, the Central District of Illinois, and the Northern District of Texas.

## Michael W. Stocker, Partner

*mstocker@labaton.com*

Michael W. Stocker represents institutional investors in a broad range of class action litigation, corporate governance and securities matters.

A tireless proponent of corporate reform, Mike's caseload reflects his commitment to effect meaningful change that benefits his clients and the markets in which they operate. In *Eastwood Enterprises LLC v. Farha et al.* (*WellCare Securities Litigation*), Mike was a core part of the legal team that prosecuted a complex securities matter against a major healthcare provider that had allegedly engaged in a massive Medicaid fraud and pervasive insider trading. The case settled for more than $200 million with additional financial protections built into the settlement to protect shareholders from losses in the future.

Mike also was an instrumental part of the team that took on American International Group, Inc. and 21 other defendants in one of the most significant securities class actions of the decade. In that closely watched case, the Firm negotiated a recovery of more than $1 billion, the largest securities settlement of 2010. Most recently, Mike played a key role in litigating In re Bear Stearns Companies, Inc. Securities Litigation where the Firm secured a $275 million settlement with Bear Stearns, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor.

In a case against one of the world's largest pharmaceutical companies, *In re Abbott Laboratories Norvir Antitrust Litigation*, Mike played a leadership role in litigating a landmark action arising at the intersection of antitrust and intellectual property law. The novel

settlement in the case created a multi-million dollar fund to benefit nonprofit organizations serving individuals with HIV.  In recognition of his work on *Norvir*, he was named to the prestigious Plaintiffs' Hot List by the *National Law Journal* and also received the 2010 Courage Award from the AIDS Resource Center of Wisconsin. Mike was also recognized by *Benchmark Plaintiff* as a Securities Litigation Star.

A prolific writer on issues relating to shareholder advocacy and corporate reform, Mike's articles have appeared in national publications including *Bloomberg - Market Makers*, *Forbes.com*, *Institutional Investor*, *Pensions & Investments*, *Corporate Counsel* and the *New York Law Journal*.  He is also regularly called upon for commentary by print and television media, including Fox Business, BBC4 Radio and the Canadian Broadcasting Corporation's Lang & O'Leary Exchange. Mike was appointed to the *Law360* Securities Advisory Board for 2013 and 2014.  He also serves as the Chief Contributor to *Eyes On Wall Street*, Labaton Sucharow's blog on economics, corporate governance and other issues of interest to investors.  Mike also directly participates in advocacy efforts such as his longtime work guiding non-profit consumer protection groups on many issues such as reform of the credit rating industry.

Earlier in his career, Mike served as a senior staff attorney with the United States Court of Appeals for the Ninth Circuit, and completed a legal externship with federal Judge Phyllis J. Hamilton, currently sitting in the U.S. District Court for the Northern District of California.  He earned a B.A. from the University of California, Berkeley, a Master of Criminology from the University of Sydney, and a J.D. from University of California's Hastings College of the Law. His educational background provides unique insight into white-collar crime, an issue at the core of many of the cases he litigates.

He is an active member of the National Association of Public Pension Plan Attorneys (NAPPA). He is also a member of the New York State Bar Association and the Association of the Bar of the City of New York.

In addition to his litigation practice, Mike serves as a mentor for youth through Mentoring USA. The program seeks to empower young people with the guidance, skills and resources necessary to maximize their full potential.

He is admitted to practice in the States of California and New York as well as before the United States Courts of Appeals for the Second, Eighth and Ninth Circuits and the United States District Courts for the Northern and Central Districts of California and the Southern and Eastern Districts of New York.

## Jordan A. Thomas, Partner

*jthomas@labaton.com*

Jordan A. Thomas concentrates his practice on investigating and prosecuting securities fraud on behalf of whistleblowers and institutional clients. As Chair of the Firm's Whistleblower Representation practice, Jordan protects and advocates for whistleblowers throughout the world who have information about possible violations of the federal securities laws. He created, and serves as the editor for, www.secwhistlebloweradvocate.com, a website dedicated to helping responsible organizations establish a culture of integrity and courageous whistleblowers to report possible securities violations—without personal or professional regrets.

A longtime public servant and seasoned trial lawyer, Jordan joined Labaton Sucharow from the Securities and Exchange Commission where he served as an Assistant Director and, previously, as an Assistant Chief Litigation Counsel in the Division of Enforcement. He had a leadership role in the development of the SEC Whistleblower Program, including leading fact-finding visits to other federal agencies with whistleblower programs, drafting the proposed

legislation and implementing rules and briefing House and Senate staffs on the proposed legislation. He is also the principal architect and first National Coordinator of the Commission's Cooperation Program, an initiative designed to facilitate and incentivize individuals and companies to self-report securities violations and participate in its investigations and related enforcement actions. In recognition of his important contributions to these national initiatives, while at the SEC, Jordan was a recipient of the Arthur Mathews Award, which recognizes "sustained demonstrated creativity in applying the federal securities laws for the benefit of investors," and, on two occasions, the Law and Policy Award.

Throughout his tenure at the SEC, Jordan was assigned to many of its highest-profile matters such as those involving Enron, Fannie Mae, UBS, and Citigroup. He successfully investigated, litigated and supervised a wide variety of enforcement matters involving violations of the Foreign Corrupt Practices Act, issuer accounting fraud and other disclosure violations, audit failures, insider trading, market manipulations, offering frauds, and broker-dealer, investment adviser and investment company violations. His cases resulted in monetary relief for harmed investors in excess of $35 billion.

Prior to joining the Commission, Jordan was a Trial Attorney at the Department of Justice, where he specialized in complex financial services litigation involving the FDIC and Office of Thrift Supervision. He began his legal career as a Navy Judge Advocate on active duty and continues to serve as a senior officer in its Reserve Law Program. Earlier, Jordan worked as a stockbroker.

Jordan is a board member of the City Bar Fund, which oversees the City Bar Justice Center, the pro bono affiliate of the New York City Bar Association.

Throughout his career, Jordan has received numerous awards and honors. In 2012, he was named a Legal Rebel by the *American Bar Association Journal* in recognition of his trailblazing efforts in the legal field. Ethisphere Institute, an internationally recognized think

tank, selected Jordan as a Rising Star in its listing of 2012 Attorneys Who Matter, which recognizes leading practitioners in the world of corporate ethics and compliance. While at the SEC, Jordan received four Chairman's Awards, four Division Director's Awards and a Letter of Commendation from the United States Attorney for the District of Columbia. He is also a decorated military officer, who has twice been awarded the Rear Admiral Hugh H. Howell Award of Excellence—the highest award the Navy can bestow upon a reserve judge advocate. Jordan has received an AV Preeminent rating, the highest attorney rating available, from the publishers of the Martindale-Hubbell legal directory.

Jordan is a nationally sought after writer, speaker and media commentator on securities enforcement, corporate ethics, and whistleblower issues.

Jordan is admitted to practice in the States of New York and New Mexico as well as the District of Columbia.

## Stephen W. Tountas, Partner

*stountas@labaton.com*

Stephen W. Tountas concentrates his practice on prosecuting complex securities fraud cases on behalf of leading institutional investors. In recent years, Steve has developed notable experience in litigating securities fraud claims against securities underwriters and outside audit firms.

In June 2013, Steve was "recommended" by the *Legal 500* as part of the Firm's recognition as one of the three top-tier plaintiffs' firms in securities class action litigation.

Among other matters, Steve is currently prosecuting *In re MF Global Holdings Ltd. Securities Litigation*, *In re Yum! Brands, Inc. Securities Litigation*, and *In re Celestica Inc. Securities Litigation*.

With over a decade of plaintiff-side securities experience, Steve has been one of the principal members of several trial teams, and helped shareholders obtain historic settlements in many large, high-profile cases, including:

- *In re Schering-Plough Corp. / ENHANCE Securities Litigation*, which settled on the eve of trial for $473 million – the largest securities class action recovery in history obtained from a pharmaceutical company.  Together with a related securities class action against Merck, the ENHANCE litigation settled for $688 million.

- *In re Broadcom Corp. Securities Litigation*, which settled for $173.5 million – the largest options backdating recovery in the Ninth Circuit and third largest overall.  Of that amount, Steve helped recover the largest settlement in a backdating case from an outside audit firm.

- *In re Computer Sciences Corp. Securities Litigation*, which settled weeks before trial for $97.5 million.

- *Adelphia Opt-Out Litigation*, where Steve was the principal partner responsible for prosecuting two direct actions on behalf of numerous City of New York and New Jersey pension funds.  Both matters were successfully resolved against Adelphia, members of the Rigas family, numerous securities underwriters, and Deloitte & Touche LLP.

Steve has substantial appellate experience and has successfully litigated several appeals before the U.S. Court of Appeals for the Second, Third and Ninth Circuits.  In particular, Steve played an instrumental role in reversing the dismissal of Ernst & Young LLP in the *Broadcom* litigation, resulting in a landmark decision that clarified the standard for pleading a securities fraud claim against an outside audit firm.

Prior to joining Labaton Sucharow, Steve practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP, where he helped shareholders recover significant settlements from OM Group, Inc. ($92.4 million settlement) and Biovail Corp. ($138 million settlement.)

During his time at Washington University School of Law, Steve was on the Dean's List, a Scholar of Law and Editor-in-Chief of the *Journal of Law & Policy*.

Steve is an active member and former Secretary of the Securities Litigation Committee for the New York City Bar Association.  He is also a member of the Federal Bar Council.

Steve is admitted to practice in the States of New York and New Jersey as well as before the United States Courts of Appeals for the Second, Third and Ninth Circuits and the United States District Courts for the Southern District of New York and the District of New Jersey.

## Mark S. Goldman, Of Counsel

*mgoldman@labaton.com*

Mark S. Goldman has 24 years of experience in commercial litigation, primarily litigating class actions involving securities fraud, consumer fraud and violations of federal and state antitrust laws.

Mark is currently prosecuting securities fraud claims on behalf of institutional and individual investors against hedge funds that misrepresented the net asset value of investors' shares, against a company in the video rental market that allegedly provided investors with overly optimistic guidance, and against the parent of a leading shoe retailer which was acquired by its subsidiary without fully disclosing the terms of the transaction or reasons that the transaction was in the minority investors' best interest.  In addition, Mark is participating in litigation brought against international air cargo carriers charged with conspiring to fix fuel and security surcharges, and domestic manufacturers of air filters, OSB, flat glass and chocolate, also charged with price-fixing.

Mark successfully litigated a number of consumer fraud cases brought against insurance companies challenging the manner in which they calculated life insurance premiums. He also prosecuted a number of insider trading cases brought against company insiders who, in violation of Section 16(b) of the Securities Exchange Act, engaged in short swing trading.  In

addition, Mark participated in the prosecution of *In re AOL Time Warner Securities Litigation*, a massive securities fraud case that settled for $2.5 billion.

He is a member of the Philadelphia Bar Association.

Mark has been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the Commonwealth of Pennsylvania.

## Thomas G. Hoffman, Jr., Of Counsel

*thoffman@labaton.com*

Thomas G. Hoffman, Jr. concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Currently, Thomas is actively involved in prosecuting *In re Goldman Sachs, Inc. Securities Litigation*.  Most recently, he was part of the Labaton Sucharow team that recovered more than $1 billion in the six-year litigation against American International Group, Inc. and related defendants.

Prior to joining Labaton Sucharow, Thomas served as a litigation associate at Latham & Watkins LLP.

Thomas received a J.D. from UCLA School of Law, where he was Editor-in-Chief of the *UCLA Entertainment Law Review*, and served as a Moot Court Executive Board Member.  In addition, he was a judicial extern to the Honorable William J. Rea, United States District Court for the Central District of California.  Thomas earned a B.F.A., with honors, from New York University.

Thomas is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Richard T. Joffe, Of Counsel

rjoffe@labaton.com

Richard Joffe's practice focuses on class action litigation, including securities fraud, antitrust and consumer fraud cases. Since joining the Firm, Rich has represented such varied clients as institutional purchasers of corporate bonds, Wisconsin dairy farmers, and consumers who alleged they were defrauded when they purchased annuities. He played a key role in shareholders obtaining a $303 million settlement of securities claims against General Motors and its outside auditor.

Prior to joining Labaton Sucharow, Rich was an associate at Gibson, Dunn & Crutcher LLP, where he played a key role in obtaining a dismissal of claims against Merrill Lynch & Co. and a dozen other of America's largest investment banks and brokerage firms, who, in *Friedman v. Salomon/Smith Barney, Inc.*, were alleged to have conspired to fix the prices of initial public offerings.

Rich also worked as an associate at Fried, Frank, Harris, Shriver & Jacobson where, among other things, in a case handled pro bono, he obtained a successful settlement for several older women who alleged they were victims of age and sex discrimination when they were selected for termination by New York City's Health and Hospitals Corporation during a city-wide reduction in force.

He co-authored "Protection Against Contribution and Indemnification Claims" in *Settlement Agreements in Commercial Disputes* (Aspen Law & Business, 2000).

Long before becoming a lawyer, Rich was a founding member of the internationally famous rock and roll group, Sha Na Na.

He is admitted to practice in the State of New York as well as before the United States Courts of Appeals for the Second, Third, Ninth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

- 66 -

## Barry M. Okun, Of Counsel

*bokun@labaton.com*

Barry M. Okun is a seasoned trial and appellate lawyer with more than 30 years' experience in a broad range of commercial litigation.  Currently, Barry is actively involved in prosecuting *In re Goldman Sachs Group, Inc. Securities Litigation*.  Most recently, he was part of the Labaton Sucharow team that recovered more than $1 billion (subject to court approval) in the six-year litigation against American International Group, Inc.  Barry also played a key role representing the Successor Liquidating Trustee of Lipper Convertibles, L.P. and Lipper Fixed Income Fund, L.P., failed hedge funds, in actions against the Fund's former auditors, overdrawn limited partners and management team.  He helped recover $5.2 million from overdrawn limited partners and $30 million from the Fund's former auditors.

Barry has litigated several leading commercial law cases, including the first case in which the United States Supreme Court ruled on issues relating to products liability.  He has argued appeals before the United States Court of Appeals for the Second and Seventh Circuits and the Appellate Divisions of three out of the four judicial departments in New York State.  Barry has appeared in numerous trial courts throughout the country.

He received a J.D., *cum laude*, from Boston University School of Law, where he was the Articles Editor of the *Law Review*.  Barry earned a B.A., with a citation for academic distinction, in History from the State University of New York at Binghamton.

Barry has been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the First, Second, Seventh and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

## Paul J. Scarlato, Of Counsel

pscarlato@labaton.com

Paul J. Scarlato has over 22 years of experience litigating complex commercial matters, primarily in the prosecution of securities fraud and consumer fraud class actions and shareholder derivative actions.

Most recently, Paul was a member of the co-lead counsel team that secured a settlement (still subject to court approval) for shareholders in *In re Compellent Technologies, Inc. Shareholder Litigation*.

Currently, he is prosecuting *Arkansas Teacher Retirement System v. State Street Corp.*

Paul has litigated numerous cases on behalf of institutional and individual investors involving companies in a broad range of industries, many of which involved financial statement manipulation and accounting fraud. Paul was one of three lead attorneys for the class in *Kaufman v. Motorola, Inc.*, a securities-fraud class action case that recovered $25 million for investors just weeks before trial and, was one of the lead counsel in *Seidman v. American Mobile Systems, Inc.*, a securities-fraud class action case that resulted in a favorable settlement for the class on the eve of trial. Paul also served as co-lead counsel in *In re Corel Corporation Securities Litigation*, and as class counsel in *In re AOL Time Warner Securities Litigation*, a securities fraud class action that recovered $2.5 billion for investors.

Paul received a J.D. from the Delaware Law School of Widener University. After law school, Paul served as law clerk to Judge Nelson Diaz of the Court of Common Pleas of Philadelphia County, and Justice James McDermott of the Pennsylvania Supreme Court. Thereafter, he worked in the tax department of a "Big Six" accounting firm prior to entering private practice. Paul earned a B.A. in Accounting from Moravian College.

Paul has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New Jersey and the Commonwealth of Pennsylvania.

## Nicole M. Zeiss, Of Counsel

*nzeiss@labaton.com*

Nicole M. Zeiss has 16 years of litigation experience.  Nicole focuses her practice on negotiating and documenting complex class action settlements and obtaining the required court approval of the settlements, notice procedures and payments of attorneys' fees.  She has expertise in analyzing the fairness and adequacy of the procedures used in class action settlements.

Nicole was part of the Labaton Sucharow team that successfully litigated the $185 million settlement in *Bristol-Myers Squibb*.  She also played a significant role in *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement).  Nicole has also litigated on behalf of investors who have been damaged by fraud in the telecommunications, hedge fund and banking industries.

Prior to joining Labaton Sucharow, Nicole worked for MFY Legal Services, practicing in the area of poverty law.  She also worked at Gaynor & Bass practicing general complex civil litigation, particularly representing the rights of freelance writers seeking copyright enforcement.

Nicole maintains a commitment to pro bono legal services by continuing to assist mentally ill clients in a variety of matters—from eviction proceedings to trust administration.

She received a J.D. from the Benjamin N. Cardozo School of Law, Yeshiva University. Nicole earned a B.A. in Philosophy from Barnard College.

Nicole is a member of the Association of the Bar of the City of New York.

She is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Jeffrey R. Alexander, Associate

*jalexander@labaton.com*

Jeffrey R. Alexander focuses his practice on prosecuting complex securities fraud cases on behalf of institutional investors. Currently, Jeff is actively involved in prosecuting *Medoff v. CVS Caremark Corporation et al.* and *In re Celestica Inc. Securities Litigation*.

Recently, Jeff played an active role in prosecuting the securities litigation against Computer Sciences Corporation on behalf of Ontario Teachers' Pension Plan Board, one of Canada's largest pension investors. After litigating the matter in a "rocket docket" jurisdiction, he participated in securing a settlement of $97.5 million, which is the third largest all-cash settlement in the Fourth Circuit.

Previously, Jeff was involved in securing a $275 million settlement with Bear Stearns Companies and a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor, in *In re Bear Stearns Companies, Inc. Securities Litigation*.

Jeff also actively participates in Labaton Sucharow's Securities Arbitration pro bono project in conjunction with Brooklyn Law School where he serves as a student adviser. Jeff, together with Labaton Sucharow colleagues and Brooklyn Law School students, represents aggrieved and defrauded individual investors who cannot otherwise afford to pay for legal counsel in financial industry arbitration matters against investment advisors and stockbrokers.

Jeff began his career at Latham & Watkins LLP as an associate in the litigation practice group, focusing on antitrust, securities and employment in state and federal courts. Jeff also represented U.S. Soccer in its bid to host the 2018 and 2022 FIFA World Cups.

Jeff received a J.D. from Columbia Law School, where he was named a Harlan Fiske Stone Scholar. A graduate of Emory University, Jeff earned a B.A. in Math and Economics with Phi Beta Kappa honors and was named among the "100 Most Influential Seniors" in the Class of 2005. At Emory University, Jeff was a four-year member of the NCAA soccer team and Chief of Staff to the Student Government Association President.

Jeff is admitted to practice in the States of New York and New Jersey as well as before the United States Court of Appeals for the Tenth Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

## Rachel A. Avan, Associate

*ravan@labaton.com*

Rachel A. Avan prosecutes complex securities fraud cases on behalf of institutional investors.  She focuses on advising institutional investor clients regarding fraud-related losses on securities, and on the investigation and development of securities fraud class actions.

In evaluating new and potential matters, Rachel draws on her extensive experience as a securities litigator.  She was an active member of the team prosecuting the securities fraud class action against Satyam Computer Services, Inc., dubbed "India's Enron."  That case achieved a $150.5 million settlement for investors from the Company and its auditors.  Rachel was also a member of the teams prosecuting several of the Firm's mergers and acquisition cases, including suits involving Barnes & Noble, Inc. and Coca-Cola Enterprises Inc.

Rachel brings to the Firm valuable insight into corporate matters, having served as an associate at Lippes Mathias Wexler Friedman LLP, where she counseled domestic and international public companies regarding compliance with federal and state securities laws. Her analysis of corporate securities filings is also informed by her previous work assisting with the preparation of responses to inquiries by the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority.

Rachel earned her B.A., *cum laude*, in Philosophy and English and American Literature from Brandeis University in 2000, and her M.A. in English and American Literature from Boston University in 2002.  She received her J.D. from Benjamin N. Cardozo School of Law in 2006.

Before entering law school, Rachel was an editorial assistant at a Boston-based publishing company.

Rachel is proficient in Hebrew.

Rachel is admitted to practice in the States of New York and Connecticut as well as before the United States District Court for the Southern District of New York.

## Matthew Belz, Associate

*mbelz@labaton.com*

Matthew Belz's practice focuses on prosecuting complex securities fraud cases on behalf of institutional investors. Since joining Labaton Sucharow, Matthew has been actively involved in prosecuting *In re Amgen Inc. Securities Litigation* and *In re Goldman Sachs Group, Inc. Securities Litigation.*

Prior to joining Labaton Sucharow, Matthew was a litigation associate at White & Case LLP where he represented global corporations and financial institutions in commercial litigation involving fraud, torts, contract disputes and international matters such as Office of Foreign Assets Control (OFAC) sanctions. Matthew also counseled clients on the Dodd-Frank Act and federal securities law.

Matthew received his J.D. from the Emory University School of Law where he served as Notes & Comments Editor on the *Emory International Law Review.* He earned his B.A. in Political Science and Russian & East European Studies at Emory University.

Matthew is admitted to practice in the State of New York and the District of Columbia, as well as before the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.

## Derick I. Cividini, Associate

*dcividini@labaton.com*

Derick I. Cividini concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors. He was part of the case team that represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in

*In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements totaling $516 million against Lehman Brothers' former officers and directors as well as most of the banks that underwrote Lehman Brothers' offerings.

Prior to joining Labaton Sucharow, Derick was a litigation attorney at Kirkland & Ellis LLP, where he practiced complex civil litigation.  Earlier in his litigation career with Hughes Hubbard & Reed LLP, he worked on product liability class actions.

Derick received a J.D. and M.B.A. from Rutgers University and earned his B.A. in Finance from Boston College.

Derick is admitted to practice in the State of New York.

## Marisa N. DeMato, Associate

*mdemato@labaton.com*

Marisa N. DeMato advises leading pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets. Her work focuses on complex securities class actions, and she counsels clients on best practices in the corporate governance of publicly traded companies. Her practice spans both the United States and Canada.

Marisa is a frequent lecturer on topics pertaining to securities fraud litigation, fiduciary responsibility and corporate governance issues.  Over the past several years, Marisa has focused speaking on the subprime mortgage crisis and its disastrous effect on the pension fund community at regional and national conferences.  Marisa also has presented on issues pertaining to the federal regulatory response to the financial crisis of 2008, including the implications of the Dodd-Frank legislation and the national debate on executive compensation, "Say-on-Pay" initiatives and proxy access for shareholders.  Specifically, Marisa has addressed the National Conference on Public Employee Retirement Systems, the Florida Public Pension Trustees Association, The National Association of Police Officers, The Public Funds Summit, the National Coordinating Committee for Multiemployer Plans, the

Southeastern Public Employees Retirement System Summit, the Texas Public Employees Retirement System, the New England Public Employees Retirement System Summit and the Massachusetts Contributory Retirement System, among others.

In the spring of 2006, Marisa was selected over 250,000 applicants to appear on the sixth season of *The Apprentice*, which aired on January 7, 2007 on NBC. As a result of her role on *The Apprentice*, Marisa has appeared in numerous news media outlets, such as the *Wall Street Journal*, People magazine and various national legal journals.

While at the University of Baltimore School of Law, Marisa served as a legal intern for the Office of the Attorney General in Annapolis, Maryland, working directly with the Deputy Attorney General for the Maryland General Assembly.

Marisa is admitted to practice in the State of Florida and the District of Columbia as well as before the United States District Courts for the Northern, Middle and Southern Districts of Florida.

## David C. Erroll, Associate

*derroll@labaton.com*

David C. Erroll's practice focuses on representing institutional investors in complex securities fraud matters, with an emphasis on the identification and analysis of emerging cases.

Prior to joining Labaton Sucharow, David was an associate at Cadwalader, Wickersham & Taft LLP, representing health care and non-profit organizations, and then worked in private practice pursuing meritorious matters on a pro bono basis, including corporate governance matters for charitable and educational institutions as well as immigration and naturalization appeals for members of the arts community and their family members from nations with oppressive governments.

In 2006, David and his father co-authored "American Genius: Nineteenth Century Bank Locks and Time Locks," *Quantuck Lane*.

David received his J.D. from the Law School at the University of Chicago.  He also holds an M.B.A. in Finance from Michigan State University, where he was a Broad Scholar, and a B.A. in Economics, *summa cum laude*, from Golden Gate University.

David is admitted to practice in the State of New York.

## Eric D. Gottlieb, Associate

*egottlieb@labaton.com*

Eric D. Gottlieb concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Currently, Eric is actively involved in prosecuting several cases on behalf of institutional investors against the issuers and underwriters of residential mortgage-backed securities in connection with fraud and misrepresentations in the securitization and sale of those offerings. He plays an active role in prosecuting *Construction Laborers Pension Trust of Greater St. Louis, et al. v. Autoliv, Inc., et al.*  Eric is also part of the Labaton Sucharow team responsible for obtaining a $265 million dollar settlement in *In re Massey Energy Co. Securities Litigation.*

Eric received a J.D. from the Benjamin N. Cardozo School of Law, where as a member of the Guardianship Clinic, he successfully petitioned the court for the appointment of a special guardian.  Eric previously served as a summer associate and law clerk at Labaton Sucharow, a judicial intern in the New York State Supreme Court for the Honorable Edward Lehner and an intern for the Nassau County District Attorney's Office and.  He earned his B.A. in History from Emory University.

Eric is admitted to practice in the State of New York as well as before the United States District Court for the Southern District of New York.

## Serena Hallowell, Associate

*shallowell@labaton.com*

Serena Hallowell concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.  Currently, she is prosecuting *In re CVS Securities Litigation* ("CVS") and *In re Intuitive Surgical Securities Litigation*.

Recently, Serena played a principal role in prosecuting *In re Computer Sciences Corporation Securities Litigation* ("CSC").  After actively litigating the CSC matter in a "rocket docket" jurisdiction, she participated in securing a settlement of $97.5 million on behalf of lead plaintiff Ontario Teachers' Pension Plan Board, which is the third largest all cash settlement in the Fourth Circuit.

Serena also has broad appellate and trial experience.  Most recently, Serena participated in the successful appeal of the CVS matter before the U.S. Court of Appeals for the First Circuit and she is currently participating in an appeal pending before the U.S. Court of Appeals for the Tenth Circuit.  In addition, she has previously played a key role in securing a favorable jury verdict in one of the few securities fraud class action suits to proceed to trial.

Serena is the co-author of "Does 'Dukes' Require Full 'Daubert' Scrutiny at Class Certification," *New York Law Journal*, November 25, 2011.

Prior to joining Labaton Sucharow, Serena was an attorney at Ohrenstein & Brown LLP, where she participated in various federal and state commercial litigation matters.  During her time there, she also defended financial companies in regulatory proceedings and assisted in high profile coverage litigation matters in connection with mutual funds trading investigations.

Serena received a J.D. from Boston University School of Law, where she served as the Note Editor for the *Journal of Science & Technology Law*.  She earned a B.A. in Political Science from Occidental College.

Serena is a member of the Association of the Bar of the City of New York, the Federal Bar Council, and the National Association of Women Lawyers.

She is conversational in Urdu/Hindi.

She is admitted to practice in the State of New York as well as before the United States Court of Appeals for the First and Eleventh Circuits and the United States District Courts for the Southern and Eastern Districts of New York.

## Cynthia Hanawalt, Associate

*chanawalt@labaton.com*

Cynthia Hanawalt litigates complex securities fraud cases on behalf of large institutional investors.  She is currently prosecuting *In re MF Global Holdings Limited Securities Litigation* and *Freedman v.  Weatherford International, Ltd.*

Cynthia was named a Rising Star by SuperLawyers 2013.   She played a key role in litigating *In re Computer Sciences Corporation Securities Litigation*, where the Firm secured a $97.5 million settlement on behalf of lead plaintiff Ontario Teachers' Pension Plan Board, and she has been active in Labaton Sucharow's prosecution of fraudulent activity in the securitization and sale of mortgage-backed securities on behalf of domestic and international investors.   She also has substantial appellate experience.   Cynthia is the co-author of "The Evolving Legacy of Fait v.  Regions Financial," *New York Law Journal*, May 3, 2013.

Prior to joining Labaton Sucharow, Cynthia was an associate at Bingham McCutchen LLP and McKee Nelson LLP, where she represented clients in state and federal securities litigation, typically involving asset-backed securities or CDOs, and in other commercial litigation matters.   She co-authored the articles "Theory of Implied Misrepresentation in Securities Fraud Cases," *New York Law Journal*, April 5, 2010 and "Dodd-Frank: Rating Agencies and the ABS Market," *Law360*, January 25, 2011.   She was also honored for her pro bono work at Bingham McCutchen, which included representation of a Texas inmate's federal habeas proceedings in a capital case.

Cynthia began her career as an associate with The Boston Consulting Group.   She received a J.D.  from Columbia Law School, where she was a Harlan Fiske Stone Scholar.  She earned a M.A.  in Law and Economics from Università di Bologna in Italy.  Cynthia received a B.A., *cum laude*, in Public Policy Studies from Duke University, where she was presented with the William J.  Griffith University Service Award.

Cynthia is admitted to practice in the State of  New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Claiborne R. Hane, Associate

*chane@labaton.com*

Claiborne R. Hane focuses his practice on prosecuting securities fraud cases on behalf of institutional investors.  Currently, Clay is involved in the litigation of Freedman v. Weatherford International, Ltd.

Prior to joining Labaton Sucharow, Clay was a law clerk for Gray, Ritter & Graham, P.C., where he worked on product liability and commercial litigation cases.  Prior to that, he was a judicial extern at the U.S. District Court for the Southern District of Illinois.

Clay obtained his B.A. in Political Science from Duke University and his J.D. from Washington University School of Law.

Clay is admitted to practice in the State of New York.

## Felicia Mann, Associate

*fmann@labaton.com*

Felicia Mann concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.  Felicia  was part of the Labaton Sucharow team that recovered more than $1 billion in the eight-year litigation against American International Group, Inc., as well as *In re Massey Energy Co. Securities Litigation*, where the Firm obtained a $265 million all-cash settlement with Alpha Natural Resources, Massey's parent company.

Felicia received a J.D. from Brooklyn Law School.  During her time there, she earned the CALI Award for Excellence in Legal Drafting.  She also served as a summer associate at Labaton Sucharow, where she drafted memoranda related to securities and antitrust law. Additionally, she served as a judicial intern in the U.S. District Court of the Eastern District of New York for the Honorable Dora Irizarry, and was an intern for the Bureau of Securities in the New Jersey Attorney General's Office.  Felicia earned a B.S. in Finance and International Business from Georgetown University.

Prior to practicing law, Felicia was a financial analyst and assistant vice president at Marsh Inc. in its market security group where she evaluated and monitored the financial condition of U.S. and European insurers.

She is a member of the American Bar Association, Association of the Bar of the City of New York, the New York County Lawyers' Association and the Federal Bar Council.

Felicia is admitted to practice in the States of New York and New Jersey as well as before the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

## Wilson Meeks, III, Associate

*wmeeks@labaton.com*

Wilson Meeks III concentrates his practice in prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Bill was an associate at Akin Gump Strauss Hauer & Feld LLP where he focused on complex securities, commercial and bankruptcy litigation. Bill also completed clerkships with the Honorable James Robertson of the United States District Court for the District of Columbia, Washington, D.C. and with the Honorable Dolores K. Sloviter of the United States Court of Appeals  for the Third Circuit , Philadelphia, PA.

Bill received his J.D. from Columbia Law School where he received the James Kent Scholar and Harlan Fiske Stone Scholar awards, as well as the Milton B. Conford Book Prize in Jurisprudence and the Samuel I. Rosenman Prize. He was the Head Writing and Research Editor of the *Columbia Journal of Law and Social Problems* where he published the article "Corporate and White-Collar Crime Enforcement: Should Regulation and Rehabilitation Spell an End to Corporate Criminal Liability?" 40 *Colum J.L.& Soc. Probs.* 77 (2006). Bill earned his B.A. in English with a minor in History from Colgate University.

Bill is admitted to practice in the State of New York as well as before the United States District Courts for the District of Columbia and the Southern District of New York and the U.S. Court of Appeals for the Third Circuit.

## Amy J. Metzger, Associate

*ametzger@labaton.com*

Amy J. Metzger is a member of the International Litigation Practice and the Client Monitoring and Case Evaluation Group. Amy primarily concentrates her practice on analyzing the merits, structure, parties and risks of participation in international securities litigation matters and providing timely advisory and liaison services in connection with these matters. She also litigates complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Amy was an associate at Dewey & LeBoeuf LLP, where she litigated securities, employment, insurance/reinsurance, and intellectual property cases, including class actions, on behalf of Fortune 500 companies in state and federal courts. Previously, Amy completed a federal clerkship with the Honorable Katharine S. Hayden of the United States District Court for the District of New Jersey.

Amy received her J.D. from Cornell University Law School, where she was General Editor of the *Cornell Journal of Law and Public Policy*. She obtained her B.A., *summa cum laude*, from Tufts University, graduating Phi Beta Kappa. Amy is a member of the New York

State Bar Association, the Association of the Bar of the City of New York, the New Jersey Bar Association, the American Bar Association, the Federal Bar Council and the National Association of Women Lawyers.

Amy is admitted to practice in the States of New York and New Jersey as well as before the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

## Angelina Nguyen, Associate

*anguyen@labaton.com*

Angelina Nguyen concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.  Currently, Angelina is a member of the team prosecuting *In re Hewlett-Packard Company Securities Litigation.*  She previously litigated *In re K12 Inc. Securities Litigation.*

Prior to joining Labaton Sucharow, Angelina was an associate at Quinn, Emanuel, Urquhart, Oliver & Hedges LLP.  She began her career as an associate at Skadden, Arps, Slate, Meagher & Flom LLP, where she worked on the *Worldcom Securities Litigation.*

Angelina received a J.D. from Harvard Law School.  She earned a B.S. in Chemistry and Mathematics with first class honors from the University of London, Queen Mary and Westfield College.

Angelina is a member of the American Bar Association.

Angelina is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Second Circuit.

## Corban S. Rhodes, Associate

*crhodes@labaton.com*

Corban S. Rhodes concentrates his practice in prosecuting complex securities fraud cases on behalf of institutional investors, focusing particularly on Residential Mortgage-Backed Securities and the subprime mortgage lending and securitization industries.

Currently, Corban is actively prosecuting several cases on behalf of institutional investors against the issuers and underwriters of Residential Mortgage-Backed Securities in connection with fraud and misrepresentations in the securitization and sale of those offerings.

Before joining Labaton Sucharow, Corban was an associate at Sidley Austin LLP where he practiced complex commercial litigation and securities regulation. He has served as the lead associate on behalf of large financial institutions in several investigations by regulatory and enforcement agencies related to the recent financial crisis. He also received a Thurgood Marshall Award in 2008 for his pro bono representation on a habeas petition of a capital punishment sentence.

Corban co-authored "Parmalat Judge: Fraud by Former Executives of Bankrupt Company Bars Trustee's Claims Against Auditors," published by the American Bar Association.

Corban received a J.D., *cum laude*, from Fordham University School of Law, where he received the 2007 Lawrence J. McKay Advocacy Award for excellence in oral advocacy and was a board member of the Fordham Moot Court team. He earned his B.A., *magna cum laude*, in History from Boston College.

He is admitted to practice in the State of New York as well as before the United States District Court for the Southern District of New York.

## Michael H. Rogers, Associate

*mrogers@labaton.com*

Michael H. Rogers concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors. Currently, Mike is actively involved in prosecuting *In*

*re Goldman Sachs, Inc. Securities Litigation* and *Arkansas Teacher Retirement System v. State Street Corp.*

Since joining Labaton Sucharow, Mike has been a member of the lead or co-lead counsel teams in federal securities class actions against Countrywide Financial Corp. ($624 million settlement), HealthSouth Corporation ($671 million settlement) and Mercury Interactive Corp. ($117.5 million settlement).

Prior to joining Labaton Sucharow, Mike was an attorney at Kasowitz, Benson, Torres & Friedman LLP, where he practiced securities and antitrust litigation, representing international banking institutions bringing federal securities and other claims against major banks, auditing firms, ratings agencies and individuals in complex multidistrict litigation.  He also represented an international chemical shipping firm in arbitration of antitrust and other claims against conspirator ship owners.

Mike began his career as an attorney at Sullivan & Cromwell, where he was part of Microsoft's defense team in the remedies phase of the Department of Justice antitrust action against the company.

Mike received a J.D., *magna cum laude*, from the Benjamin N. Cardozo School of Law, Yeshiva University, where he was a member of the *Cardozo Law Review*.  He earned a B.A., *magna cum laude*, in Literature-Writing from Columbia University.

Mike is proficient in Spanish.

He is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Katherine R. Ryan, Associate

kryan@labaton.com

Katherine R. Ryan concentrates her practice in prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Katherine was an associate at Linklaters LLP where she worked on cases involving complex financial instruments, noteholder disputes, collapsed funds and disputes over ownership of securities as well as general commercial litigation matters.

Katherine received her J.D. from The George Washington University Law School where she was the Notes Editor for the *Public Contract Law Journal*. She received her B.A. in Communication, with a concentration in Biology and Society, from Cornell University.

Katherine is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Kendra Schramm, Associate

*kschramm@labaton.com*

Kendra Schramm concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Kendra is actively involved in prosecuting *In re Fannie Mae 2008 Securities Litigation*, *In re Facebook, Inc. IPO Securities and Derivative Litigation*, and *In re Goldman Sachs Group, Inc. Securities Litigation*. She is also part of the Labaton Sucharow team that recovered more than $1 billion for investors in the eight-year litigation against American International Group, Inc.

Kendra received a J.D. from Brooklyn Law School, where she was an Associate Managing Editor of the *Journal of Law and Policy*. While in law school, Kendra received the CALI Award for Alternative Dispute Resolution and served as a judicial intern for the Hon. Elizabeth Stong of the United States Bankruptcy Court for the Eastern District of New York. Kendra received a B.A. in Politics from New York University.

Kendra is a member of the New York City Bar Association and the New York County Lawyers' Association.

Kendra is admitted to practice in the States of New York and New Jersey, as well as before the United States District Courts for the Southern District of New York, and the District of New Jersey.

Kendra is admitted to practice in the States of New York and New Jersey.

## Irina Vasilchenko, Associate

*ivasilchenko@labaton.com*

Irina Vasilchenko concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Irina was an associate in the general litigation practice group at Ropes & Gray LLP, where she focused on securities litigation.

Irina maintains a commitment to pro bono legal service including, most recently, representing an indigent defendant in a criminal appeal case before the New York First Appellate Division, in association with the Office of the Appellate Defender.  She is currently seeking leave to appeal the First Department's decision before the New York Court of Appeals.

Irina received a J.D., *magna cum laude*, from Boston University School of Law, where she was an editor of the *Boston University Law Review* and was the G. Joseph Tauro Distinguished Scholar (2005), the Paul L. Liacos Distinguished Scholar (2006), and the Edward F. Hennessey Scholar (2007).  Irina earned a B.A. in Comparative Literature with Distinction, *summa cum laude*, from Yale University.

She is fluent in Russian and proficient in Spanish.

Irina is admitted to practice in the State of New York and the State of Massachusetts as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Carol C. Villegas, Associate

*cvillegas@labaton.com*

Carol C. Villegas concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Carol served as the Assistant District Attorney in the Supreme Court Bureau for the Richmond County District Attorney's Office. During her tenure at the District Attorney's Office, Carol took several cases to trial. She began her career at King & Spalding LLP where she worked as an associate in the Intellectual Property practice group.

Carol received a J.D. from New York University School of Law. She was the recipient of The Irving H. Jurow Achievement Award for the Study of Law, and was awarded the Association of the Bar of the City of New York Minority Fellowship. Carol served as the Staff Editor, and later the Notes Editor, of the *Environmental Law Journal*. She earned a B.A., with honors, in English and Politics from New York University.

Carol is a member of the Association of the Bar of the City of New York and the New York State Bar Association's Committee on Women in the Law.

She is fluent in Spanish.

Carol is admitted to practice in the States of New York and New Jersey as well as before the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the District of Colorado, and the Eastern District of Wisconsin.

## Ned Weinberger, Associate

*nweinberger@labaton.com*

Ned Weinberger focuses his practice on representing investors in shareholder litigation, including class actions, corporate governance matters and derivative litigation.

Prior to joining Labaton Sucharow, Ned was a litigation associate at Grant & Eisenhofer P.A. where he gained substantial experience in all aspects of investor protection, including representing shareholders in matters relating to securities fraud, mergers and acquisitions, and

alternative entities. Representative of Ned's experience in the Delaware Court of Chancery is *In re Barnes & Noble Stockholders Derivative Litigation*, in which Ned assisted in obtaining approximately $29 million in settlements on behalf of Barnes & Noble investors. Ned was also part of the litigation team in *In re Clear Channel Outdoor Holdings, Inc. Shareholder Litigation*, the settlement of which provided numerous benefits for Clear Channel Outdoor Holdings and its shareholders, including, among other things, a $200 million cash dividend to the company's shareholders.

Ned received his J.D. from the Louis D. Brandeis School of Law at the University of Louisville where he served on the Journal of Law and Education. He earned his B.A. in English Literature, *cum laude*, at Miami University.

He is admitted to practice in Delaware, Pennsylvania, and New York, as well as before the United States District Court of Delaware.

## Elizabeth Rosenberg Wierzbowski, Associate

*ewierzbowski@labaton.com*

Elizabeth Rosenberg Wierzbowski concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors, with a focus on obtaining court approval of class action settlements, notice procedures and payment of attorneys' fees.

Prior to joining Labaton Sucharow, Elizabeth was an associate at Whatley Drake & Kallas LLP, where she litigated securities and consumer fraud class actions. Elizabeth began her career as an associate at Milberg LLP where she practiced securities litigation and was also involved in the pro bono representation of individuals seeking to obtain relief from the World Trade Center Victims' Compensation Fund.

Elizabeth received her J.D. from Brooklyn Law School. She obtained her B.A. in Psychology from the University of Michigan.

Elizabeth is admitted to practice in the State of New York and the District Courts for the Southern and Eastern Districts of New York.

## Michael L. Woolley, Associate

*mwoolley@labaton.com*

Michael L. Woolley concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Michael was a member of the Labaton Sucharow team that successfully litigated *Eastwood Enterprises, LLC v. Farha et al.* which resulted in a $200 million settlement, as well as *In re Massey Energy Co. Securities Litigation*, where the Firm obtained a $265 million all-cash settlement with Alpha Natural Resources, Massey's parent company.

Prior to joining Labaton Sucharow, Michael was a litigation associate at Seward & Kissel LLP, where he practiced commercial litigation in federal and state courts.  Michael also has extensive experience representing investment managers, hedge funds, and broker-dealers in arbitrations and regulatory investigations.  He began his career as an associate at Husch Blackwell Sanders in Kansas City, Missouri.

Michael received a J.D. from Georgetown University Law Center, where he was a Foreign Lawyer Law Fellow and a staff member of the *Georgetown Journal of Legal Ethics*. He earned a B.S. in Business Administration from the University of Nebraska.

Michael is admitted to practice in the States of New York and Missouri as well as before the United States Courts of Appeals for the Third and Sixth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, and the Western District of Missouri.