UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE WALGREEN CO. DERIVATIVE LITIGATION | Lead Case No. 1:13-cv-05471 |
|---|---|

# DERIVATIVE PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES

Co-Lead Plaintiffs Steamfitters Local #449 Retirement Security Fund, West Palm Beach Police Pension Fund, the Police Retirement System of St. Louis, and Miami Firefighters' Relief and Pension Fund (collectively, "Derivative Plaintiffs"), by their attorneys, respectfully move for final approval of a proposed settlement in this action (the "Proposed Settlement") and for an award of attorneys' fees and expenses in an amount agreed to by the parties. The Proposed Settlement was preliminarily approved by this Court by Order of September 19, 2014 (the "Preliminary Approval Order"). Defendants do not oppose this motion. In support of their motion, Derivative Plaintiffs state the following:

1. As represented previously, a proposed settlement of this shareholder derivative action has been reached between and among: (a) Derivative Plaintiffs; (b) nominal Defendant Walgreen Company ("Walgreens" or the "Company"); and (c) Individual Defendants James A. Skinner, Greg Wasson, Janice M. Babiak, David J. Brailer, M.D., Steven A. Davis, William C. Foote, Mark P. Frissora, Ginger L. Graham. Alan McNally, Nancy M. Schlicting and Alejandro Silva.

2. The terms of the Proposed Settlement are set forth in the Stipulation and Agreement of Settlement (the "Stipulation") that was previously filed with this Court on

September 12, 2014, in connection with Derivative Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

3. Derivative Plaintiffs respectfully submit that the Proposed Settlement, which is the product of extensive, hard-fought arms'-length negotiations occurring over a period of several months, is fair, adequate, reasonable, and in the best interests of Walgreens and its shareholders.

4. Derivative Plaintiffs hereby move for final approval of the Proposed Settlement and for an award of attorneys' fees and expenses of $3,500,000, an amount on which the parties have agreed. Derivative Plaintiffs respectfully request that the Court enter the [Proposed] Final Judgment and Order (attached hereto as Exhibit A), which was previously filed with the Court as an Exhibit to the Stipulation.

5. In connection with this motion, Derivative Plaintiffs have concurrently filed a motion for leave to file an oversized 36-page supporting memorandum, which is attached as Exhibit A to the Motion for Leave to File *Instanter*.

WHEREFORE, Derivative Plaintiffs respectfully request that their Motion for Final Approval of Proposed Settlement and Award of Attorneys' Fees and Expenses be granted, and that the form of Final Judgment and Order attached as Exhibit A be entered.

Dated: November 18, 2014                                   Respectfully submitted,

  /s/ Carol V. Gilden

| | |
|---|---|
| Christopher J. Keller | Carol V. Gilden |
| Eric J. Belfi | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| Michael W. Stocker | 190 South LaSalle Street, Suite 1705 |
| LABATON SUCHAROW LLP | Chicago, Illinois 60603 |
| 140 Broadway | Telephone: (312) 357-0370 |
| New York, New York 10005 | Facsimile: (312) 357-0369 |
| Telephone: (212) 907-0700 | cgilden@cohenmilstein.com |
| Facsimile: (212) 818-0477 | ARDC No: 6185530 |

*Liaison Counsel for Derivative Plaintiffs*

Christine S. Azar
Ned Weinberger
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1340
Wilmington, Delaware 19801
Telephone: (302) 573-2530
Facsimile: (302) 573-25290

*Co-Lead Counsel for Derivative Plaintiffs*

Gregg S. Levin
Lance V. Oliver
William S. Norton
Christopher F. Moriarty
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9000

*Co-Lead Counsel for Derivative Plaintiffs*

George C. Aguilar
Gregory Del Gaizo
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Additional Counsel for Derivative Plaintiffs*

# CERTIFICATE OF SERVICE

I, Carol V. Gilden, hereby certify that on this 18th day of November, 2014, in accordance with Federal Rule of Civil Procedure 5(a) and Northern District of Illinois L.R. 5.5 and 5.9, I caused a copy of the foregoing to be electronically filed with the Clerk of Court and served on all counsel of record through the Northern District of Illinois' CM/ECF System.

/s/ Carol V. Gilden
Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com
ARDC No: 6185530